| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Ryan D. Andrews
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654
(312) 589-6370
randrews@edelson.com

FILED
2011 APR 11 P 4: [illegible]
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JESSICA LEE, individually and on behalf of a class of similarly situated individuals,

Plaintiff(s),

v.

STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation,

Defendant(s).

CASE NO. 3:11-cv-00043-RS

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Ryan D. Andrews, an active member in good standing of the bar of State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, Jessica Lee in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Sean P. Reis, Edelson McGuire LLP, 30021 Tomas Street, Suite 300, Rancho Santa Margarita, CA 92688, (949) 459-2124

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/1/2011

_____
Ryan D. Andrews