DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
STONEBRIDGE LIFE INSURANCE COMPANY

Sean Reis (SBN 184044)
sreis@edelson.com
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123

Michael J. McMorrow
mjmcmorrow@edelson.com
Ryan D. Andrews
randrews@edelson.com
Edelson McGuire, LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiff
JESSICA LEE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA LEE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation,<br><br>Defendant. | Case No. CV 11-0043-RS<br><br>**STIPULATION TO RESET SETTLEMENT CONFERENCE DATE**<br><br>Judge: Hon. Richard Seeborg<br>Magistrate: Hon. Joseph C. Spero |

| | |
|---|---|
| 1 | Pursuant to Local Rule 6-2, Plaintiff Jessica Lee, individually and on behalf of a class of similarly situated individuals ("Plaintiff"), and Defendant Stonebridge Life Insurance Company ("Defendant") (collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate to move the date currently set for the settlement conference in this case as set forth below: |

Pursuant to Local Rule 6-2, Plaintiff Jessica Lee, individually and on behalf of a class of similarly situated individuals ("Plaintiff"), and Defendant Stonebridge Life Insurance Company ("Defendant") (collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate to move the date currently set for the settlement conference in this case as set forth below:

WHEREAS, Plaintiff filed the Complaint in this case on January 4, 2011; and

WHEREAS, the Parties agreed to participate in, and the Court ordered, a settlement conference in front of Hon. Joseph C. Spero, currently set for June 14, 2011; and

WHEREAS, the Parties agree that the presence of certain non-parties is essential for a productive settlement conference; and

WHEREAS, additional time is required to confirm the availability of these non-parties for the settlement conference; and

WHEREAS, this is the Parties' first request to continue the date of the settlement conference; and

WHEREAS, the stipulated continuance of the settlement conference will not alter the date of any other deadlines in the schedule for the case; and

WHEREAS, the Parties have informed the Court of their desire to reset the date of the settlement conference, and the Court has indicated that August 31, 2011 is an available date.

Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that, with the Court's agreement, the settlement conference be reset from June 14, 2011 to August 31, 2011.

-1-

STIPULATION     CV-11-00043-RS

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 6, 2011

EDELSON MCGUIRE, LLP

By     /s/ Sean Reis
       SEAN REIS
       Attorney for
       Plaintiff JESSICA LEE

Dated: June 6, 2011

MORRISON & FOERSTER, LLP

By     /s/ Tiffany Cheung
       TIFFANY CHEUNG
       Attorney for
       Defendant STONEBRIDGE LIFE INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 06/07, 2011

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE