Clerk's Use Only

Initial for fee pd.:

_____

John Ochoa
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300, Chicago, IL 60654
(312) 589-6370
jochoa@edelson.com

**FILED**

JUN 2 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JESSICA LEE, individually and on behalf
of a class of similarly situated individuals,

Plaintiff(s),

v.

STONEBRIDGE LIFE INSURANCE
COMPANY, a Vermont corporation,

Defendant(s).                    /

**CASE NO.** 11-cv-0043-RS

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, John Ochoa                      , an active member in

good standing of the bar of the State of Illinois                     , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing Plaintiff, Jessica Lee                      in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

Sean P. Reis, Edelson McGuire LLP, 30021 Tomas Street, Suite 300, Rancho
Santa Margarita, CA 92688, (949) 459-2124

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/21/2011 _____

_____
John Ochoa