1  DAN MARMALEFSKY (CA SBN 95477)
   DMarmalefsky@mofo.com
2  MORRISON & FOERSTER LLP
   555 West Fifth Street
3  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
4  Facsimile: 213.892.5454

5

   TIFFANY CHEUNG (CA SBN 211497)
6  TCheung@mofo.com
   MORRISON & FOERSTER LLP
7  425 Market Street
   San Francisco, California  94105-2482
8  Telephone: 415.268.7000
   Facsimile: 415.268.7522
9

   Attorneys for Defendant
10 STONEBRIDGE LIFE INSURANCE
   COMPANY, A VERMONT CORPORATION
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16

17 JESSICA LEE, individually and on behalf of a         Case No.   CV 11-0043-RS
   class of similarly situated individuals,
                                                        **STIPULATION AND
18                    Plaintiff,                        [PROPOSED] ORDER TO
                                                        EXTEND DEADLINE TO
19         v.                                           COMPLETE SETTLEMENT
                                                        CONFERENCE**
20 STONEBRIDGE LIFE INSURANCE
   COMPANY, a Vermont corporation and
21 TRIFECTA MARKETING GROUP LLC, a
   Florida limited liability company,
22
                      Defendants.
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE

sf-3034249

1  Plaintiff Jessica Lee and defendant Stonebridge Life Insurance Company ("Stonebridge"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, plaintiff filed the complaint in this case on January 4, 2011;

WHEREAS, Stonebridge filed its answer and affirmative defenses to the complaint on March 28, 2011;

WHEREAS, pursuant to the Court's Case Management Scheduling Order, dated April 21, 2011, the Court set a deadline of August 19, 2011 to complete a Settlement Conference before Magistrate Judge Spero;

WHEREAS, on July 28, 2011, Plaintiff filed an amended complaint, adding defendant Trifecta Marketing Group LLC ("Trifecta");

WHEREAS, Trifecta has not yet appeared in this case or responded to the amended complaint;

WHEREAS, Stonebridge's deadline to respond to the amended complaint is currently September 26, 2011;

WHEREAS, Trifecta's participation in the Settlement Conference and/or pending discovery will likely impact the potential for a settlement in this case;

WHEREAS, the parties believe that a Settlement Conference would not be productive at this time;

WHEREAS, Plaintiff's counsel understands that Magistrate Judge Spero is available to conduct a Settlement Conference in this matter in early December;

THEREFORE, the parties hereby jointly request that the Court extend the deadline to complete the Settlement Conference to December 16, 2011.

| | | |
|---|---|---|
| 1 | Dated: August 19, 2011 | DAN MARMALEFSKY |
| 2 | | TIFFANY CHEUNG |
| | | MORRISON & FOERSTER LLP |

By: /s/ Tiffany Cheung
Tiffany Cheung

Attorneys for Defendant Stonebridge Life Insurance Company

Dated: August 19, 2011           SEAN REIS
                                 EDELSON MCGUIRE, LLP

By: /s/ John Ochoa
John Ochoa

Attorneys for Plaintiff Jessica Lee

## ECF ATTESTATION

I, Tiffany Cheung, am the ECF User whose ID and Password are being used to file this:

**STIPULATION TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE**

In compliance with General Order 45, X.B., I hereby attest that John Ochoa concurred in this filing.

Dated: August 19, 2011           MORRISON & FOERSTER LLP

By: /s/ Tiffany Cheung
Tiffany Cheung

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  8/22/11           By: _____
                              The Honorable Richard Seeborg