# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LEE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation, and TRIFECTA MARKETING GROUP LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 3CV 11-0043-RS<br><br>[~~PROPOSED~~] ORDER RESETING SETTLEMENT CONFERENCE DATE AND CLASS CERTIFICATION DEADLINES<br><br>Judge: Hon. Richard Seeborg<br>Magistrate: Hon. Joseph C. Spero |

[~~PROPOSED~~] ORDER

CV-11-00043-RS

Plaintiff's Motion to Reset Settlement Conference Date and Class Certification Deadlines, having come before the Court, the Court has considered the motions and accompanying papers. Based on the foregoing, for good cause shown,

IT IS HEREBY ORDERED that the settlement conference set in this case be reset from December 1, 2011 to February 14, 2012, and that the new class certification deadlines be reset as follows:

| | |
|---|---|
| Deadline for Expert Witness Discovery Regarding Class Certification | April 6, 2012 |
| Plaintiff's Deadline to file Class Certification Motion | April 19, 2012 |
| Deadlines for Non-Expert Discovery Relating to Class Certification and for Defendants' to Response to Class Certification Motion | May 24, 2012 |
| Plaintiff's Deadline to Reply in Support of Class Certification | June 7, 2012 |
| Hearing on Plaintiff's Motion for Class Certification | June 21, 2012 |
| Deadline to file Joint Case Management Statement | July 12, 2012 |
| Case Management Conference | July 19, 2012 |

IT IS SO ORDERED.

DATED: __11/28____, 2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER                                                   CV-11-00043-RS