Dan Marmalefsky (SBN 95477)
DMarmalefsky@mofo.com
Tiffany Cheung (SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454
Attorneys for Defendant
STONEBRIDGE LIFE INSURANCE COMPANY

Sean Reis (SBN 184044)
sreis@edelson.com
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123
Attorney for Plaintiff
JESSICA LEE

Stuart D. Kirchick (SBN 144145)
sdkirchick@aol.com
Law Offices of Stuart D. Kirchick
1143 Story Road, Suite 210
San Jose, CA 95122
Tel: 408-291-0123
Fax: 408-291-0418
Attorney for Defendant
TRIFECTA MARKETING GROUP, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LEE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation, and TRIFECTA MARKETING GROUP, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. CV 11-0043-RS<br><br><br>**STIPULATION TO RESET SETTLEMENT CONFERENCE DATE**<br><br>Judge:  Hon. Richard Seeborg<br>Magistrate: Hon. Joseph C. Spero |

1    Pursuant to Local Rule 6-2, Plaintiff Jessica Lee, Defendant Stonebridge Life Insurance

2  Company ("Stonebridge"), and Defendant Trifecta Marketing Group, LLC ("Trifecta") (collectively

3  referred to herein as the "Parties"), by and through their respective counsel of record, hereby

4  stipulate to move the date currently set for the settlement conference in this case as set forth below:

5    WHEREAS, Plaintiff filed the Complaint in this case on January 4, 2011 (Dkt. 1.);

6    WHEREAS, the Plaintiff and Stonebridge agreed to participate in, and the Court ordered, a

7  settlement conference in front of Hon. Joseph C. Spero (Dkt. 25.);

8    WHEREAS, the Plaintiff and Stonebridge thereafter concluded that the settlement

9  conference would not be productive without completing certain discovery and the inclusion of then

10  third-party Trifecta;

11    WHEREAS, on July 28, 2011, Plaintiff filed her First Amended Class Action Complaint

12  naming Trifecta as an additional Defendant (Dkt. 34.);

13    WHEREAS, on September 26, 2011, Stonebridge filed its Answer to the Amended

14  Complaint (Dkt. 40);

15    WHEREAS, on December 12, 2011, Trifecta filed its Answer to the Amended Complaint

16  (Dkt. 44)

17    WHEREAS, this is the Parties' first request to continue the date of the settlement conference

18  since Trifecta's appearance in this case (Plaintiff and Stonebridge's fourth request since the

19  inception of the case and the first request from Trifecta), (Dkts. 29, 36, & 41.);

20    WHEREAS, counsel for the Parties have actively discussed their current positions about

21  settlement and have determined that proceeding with the settlement conference as scheduled on

22  February 14, 2012, would not be an efficient use of the Parties' or the Court's resources given their

23  respective views  regarding settlement;

24    WHEREAS, the Parties believe that a settlement conference or other ADR method may be

25  more productive if the Parties continue with discovery;

26    WHEREAS, the stipulated continuance of the settlement conference will not alter the date of

27  any other deadlines in the schedule for the case; and

28

-1-

1        WHEREAS, the Parties have informed the Court via telephone of their request to reset the

2    date of the settlement conference, and the Court has indicated that June 6, 2012 is an available date.

3        Pursuant to L.R. 6-2, IT IS HEREBY STIPULATED AND AGREED by the Parties, through

4    their counsel, that, with the Court's agreement, the settlement conference be reset from February 14,

5    2012 to June 6, 2012.

6    Confidential settlement conference statements shall be due by May 23, 2012 - JCS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION                                                                                          CV-11-00043-RS

1

2          IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

   Dated:  February 3, 2012
3

4                              EDELSON MCGUIRE, LLC

5

                               By       _____/s/ Ryan D. Andrews_____
6                                              RYAN D. ANDREWS
                                                 Attorney for
7                                           Plaintiff JESSICA LEE

   Dated:  February 3, 2012
8

9                              MORRISON & FOERSTER, LLP

10

                               By       _____/s/ Tiffany Cheung_____
11                                             TIFFANY CHEUNG
                                                 Attorney for
12                                    Defendant STONEBRIDGE LIFE INSURANCE
                                                  COMPANY
13
   Dated:  February 3, 2012
14

15                             LAW OFFICES OF STUART D. KIRCHICK

16

                               By       _____/s/ Stuart D. Kirchick_____
17                                             STUART D. KIRCHICK
                                                 Attorney for
18                                  Defendant TRIFECTA MARKETING GROUP, LLC

19

20          PURSUANT TO STIPULATION, IT IS SO ORDERED.

21   DATED:  ___Feb. 6___, 2012

22

23          _____

24   JOSEP                                       ATE JUDGE

     UNITED S
25

26

27

28

                              -3-

   STIPULATION                                              CV-11-00043-RS