UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LEE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation, and TRIFECTA MARKETING GROUP LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 3CV 11-0043-RS<br><br>**[PROPOSED] ORDER RESETING CLASS CERTIFICATION DEADLINES AS MODIFIED BY THE COURT**<br>Judge: Hon. Richard Seeborg<br>Magistrate: Hon. Joseph C. Spero |

Plaintiff's Motion to Enlarge Time and Reset Class Certification Deadlines, having come before the Court, the Court has considered the motions and accompanying papers. Based on the foregoing, for good cause shown:

The class certification deadlines set by this Court's November 28, 2011 Order are vacated. The new class certification schedule, <u>with dates adjusted as proposed by defendant</u>, is as follows:

| | |
|---|---|
| Deadline for Expert Witness Discovery Regarding Class Certification | August 16, 2012 |
| Plaintiff's Deadline to file Class Certification Motion | August 29, 2012 |
| Defendants' Deadline to Respond to Class Certification Motion | October 4, 2012 |
| Plaintiff's Deadline to Reply in Support of Class Certification | October 18, 2012 |
| Hearing on Plaintiff's Motion for Class Certification | November 1, 2012 |
| Deadline to file Joint Case Management Statement | November 21, 2012 |
| Case Management Conference | November 29, 2012 |

IT IS SO ORDERED.

DATED: April _26_, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER                                                                                              CV-11-00043-RS