Alexander E. Sklavos, 375 North Broadway Suite 208 Jericho, NY 11753
P: 516.248.4000

 **ORIGINAL**

**Clerk's Use Only**

Initial for fee pd.:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JESSICA LEE. individually and on behalf
of a class of similarly situated individuals

Plaintiff(s),

v.

STONEBRIDGE LIFE INSURANCE
COMPANY, a Vermont Corporation and
TRIFECTA MARKETING GROUP LLC,
A Florida limited liability company
Defendant(s).          /

**CASE NO.** 3:11-cv-00043-RS

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Alexander E. Sklavos , an active member in

good standing of the bar of United States Federal Court for the Eastern , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing TRIFECTA MARKETING in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address and telephone number of

that attorney is:

Stuart D. Kirchick, 1143 Story Road, Suite 210 San Jose, CA 95122, P:
408.291.0123

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/23/12



CSDNY (05/2010) Certificate of Good Standing

# United States District Court

## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**ALEXANDER E. SKLAVOS** , Bar # **AS7911**

was duly admitted to practice in this Court on

**DECEMBER 17th, 1997** , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   **MAY 4th, 2012**

*A. Cavale*

<u>Ruby J. Krajick</u>   by
Clerk                          Deputy Clerk

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## CERTIFICATE OF
## GOOD STANDING

I, **DOUGLAS C. PALMER**, Clerk of this Court,

DO HEREBY CERTIFY that

**ALEXANDER E. SKLAVOS**, Bar # AS7911

was duly admitted to practice in this Court on

**November 20, 1997**, and is in good standing

as a member of the bar of this Court.

Dated at Central Islip, New York on May 3, 2012.

**DOUGLAS C. PALMER**
**CLERK OF THE COURT**

BY:

Eric L. Russo
Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

Proof of Service

I, Lisa Mandonado , declare:

I am a citizen of the United State and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitle action. My business address is 375 N. Broadway, Suite 208, Jericho NY 11753. On May 29, 2012 , I caused to be served a copy of the within document(s):

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT TRIFECTA MARKETING GROUP. LLC.

_____ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below

_X_ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addresses as set forth below.

_____ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

_X_ by electronically delivering the document(s) listed above to the person(s) as the email address(es) set forth below

Sean Reis
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Email: sreis@edelson.com

Ryan D. Andrews
Michael J. McMorrow
John C. Ochoa
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, IL 60654
Email: jochoa@edelson.com
        mjmcmorrow@edelson.com
        randrews@edelson.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction  the service was made.

Executed on May 29, 2012  at Jericho , New York.

PROOF OF SERVICE                                             3:11-cv-00043-RS