**Edelson McGuire, LLC**

350 North LaSalle, Suite 1300, Chicago, IL 60654
t 312.589.6370  f 312.589.6378

www.edelson.com

May 25, 2012

<u>**VIA EMAIL AND FEDEX**</u>

Magistrate Judge Joseph C. Spero
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102
Email: JCSPO@cand.uscourts.gov

**Re**:   *Lee v. Stonebridge Life Insurance Co., et al., No. 11-cv-00043 RS (JS) (N.D. Cal.)*

Dear Judge Spero:

Plaintiff Jessica Lee respectfully requests, pursuant to the Court's Settlement Conference Order, that her personal attendance be excused from the settlement conference in the above-entitled case, scheduled for Wednesday, June 6, 2012, and that she be permitted to appear via telephone.  In support of this request, Plaintiff states as follows:

[text redacted]

Illinois / New York / California / Florida

**Edelson McGuire, LLC**

Page 2 of 3

[redacted]

For these reasons, Plaintiff Jessica Lee respectfully requests that her personal attendance at the settlement conference be excused, and that she be permitted to appear telephonically. A copy of this written request has been served on all parties.

**Edelson McGuire, LLC**

Page 3 of 3

Dated: May 25, 2012

          Respectfully Submitted,

          JESSICA LEE

          By: <u>John C. Ochoa</u>

             John C. Ochoa
             One of her attorneys

cc via email: Opposing counsel

Dated: June 4, 2012



DENIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Edelson McGuire, LLC**

**Illinois / New York / California / Florida**