Sean Reis (SBN 184044)
sreis@edelson.com
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123

Ryan D. Andrews
randrews@edelson.com
John C. Ochoa
jochoa@edelson.com
Edelson McGuire, LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiff
JESSICA LEE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA LEE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation, and TRIFECTA MARKETING GROUP LLC, a Florida limited liability company,<br><br>Defendants. | Case No. CV 11-0043-RS<br><br><br>**DECLARATION OF JOHN C. OCHOA IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br><br>Judge: Hon. Richard Seeborg |

I, JOHN C. OCHOA, hereby aver, pursuant to 28 U.S.C. § 1746, that I have personal knowledge of all matters set forth herein unless otherwise indicated, and would testify thereto if called as a witness in this matter

1.     I am an adult over the age of 18, and a resident of the State of Illinois.  I represent the Plaintiff, Jessica Lee, in this matter.  I am fully competent to make this Declaration, and make such Declaration in support of Plaintiff's Motion for Class Certification.

2.     Attached to this Declaration as Exhibit 1 is a true and accurate copy of the main findings of a Pew Research Center study published on August 2, 2012 entitled "Mobile Phone Problems"  This document is accessible at URL http://www.pewinternet.org/Reports/2012/Mobile-phone-problems/Main-findings/Mobile-phone-problems.aspx.

3.     Attached to this Declaration as Exhibit 2 is a true and accurate copy of a New York Times Article written by Nicole Perloth and published on April 7, 2012 entitled "Spam Invades a Last Refuge, the Cellphone."

4.     Attached to this Declaration as Exhibit 3 are documents bates labeled SLIC 000001-000024.  These documents consist of a "Call-Back Agreement" between Defendant Stonebridge Life Insurance Co. ("Stonebridge") and Defendant Trifecta Marketing Group LLC ("Trifecta"). Stonebridge has designated these documents as "Confidential-attorneys eyes only" pursuant to the Protective Order entered in this case on June 6, 2011.  As a result, Plaintiff has filed an administrative motion to file this document under seal, and has submitted it to this Court under seal in connection with that Motion.

5.     Attached to this Declaration as Exhibit 4 are true and accurate copies of excerpts from the deposition of Alois Rubenbauer, which occurred on August 9, 2012 in Salt Lake City, Utah.

6.     Attached to this Declaration as Exhibit 5 is a true and accurate copy of an invoice from PBX Change to Trifecta Marketing Group LLC, which was marked as Exhibit 40 during the deposition of Alois Rubenbauer.

DECLARATION OF JOHN C. OCHOA

7.      Attached to this Declaration as Exhibit 6 is a true and accurate copy of an invoice from PBX Change to Trifecta Marketing Group LLC, which was marked as Exhibit 41 during the deposition of Alois Rubenbauer.

8.      Attached to this Declaration as Exhibit 7 is a true and accurate copy of an invoice from PBX Change to Trifecta Marketing Group LLC, which was marked as Exhibit 42 during the deposition of Alois Rubenbauer.

9.      Attached to this Declaration as Exhibit 8 is a true and accurate copy of a document bates labeled SLIC 000049. Stonebridge has designated this document as "Confidential" pursuant to the Protective Order entered in this case on June 6, 2011.  As a result, Plaintiff has filed an administrative motion to file this document under seal, and has submitted it to this Court under seal in connection with that Motion.

10.      Attached to this Declaration as Exhibit 9 are true and accurate copies of documents bates labeled SLIC 000057-000083 (hereinafter "Stonebridge Leads List.")  Stonebridge has designated these documents as "Confidential-Attorney's Eyes Only" pursuant to the Protective Order entered in this case on June 6, 2011.  As a result, Plaintiff has filed an administrative motion to file this document under seal, and has submitted it to this Court under seal in connection with that Motion.

11.      Attached to this Declaration as Exhibit 10 is a true and accurate copy of document bates labeled SLIC 000038.  Stonebridge has designated this document as "Confidential" pursuant to the Protective Order entered in this case on June 6, 2011.  As a result, Plaintiff has filed an administrative motion to file this document under seal, and has submitted it to this Court under seal in connection with that Motion.

12.      Attached to this Declaration as Exhibit 11 is a true and accurate copy of document bates labeled SLIC 000047.  Stonebridge has designated this document as "Confidential" pursuant to the Protective Order entered in this case on June 6, 2011.  As a result, Plaintiff has filed an administrative motion to file this document under seal, and has submitted it to this Court under seal in connection with that Motion.

-2-

13.     Attached to this Declaration as Exhibit 12 is a true and accurate copy of the "subscriber detail" for telephone number 650-283-0793" for the time period of November 15, 2010 to January 31, 2011, produced by T-Mobile U.S.A. in response to a subpoena issued in the related case: *Hubbard, et al. v. Wenner Media LLC*, No 11-cv-4648 (N.D. Cal.).

14.     According to the Florida Secretary of State website, an individual named "Joseph Montalbano" was a managing member of the company Impulse Marketing LLC.  A true and accurate copy of the Florida SOS Entity Detail for Impulse Marketing LLC is attached as Exhibit 13.  A comparison of the address for Impulse Marketing LLC and the address for Trifecta, which appears on Exhibit's 5-7 of my Declaration, show that the two companies had the same mailing address.

15.     My law firm compared telephone numbers with a "call date" between November 28, 2010 and December 4, 2010 that appear on the Stonebridge Leads List to the T-Mobile List, and found that 26 phone numbers that appear on the T-Mobile List match the unredacted portion of the phone numbers that appear on the Stonebridge Leads List.  The "contact date" for the telephone numbers listed on the Stonebridge Leads List all fall within a few days of the transmission date on the T-Mobile List.

16.     Attached to this Declaration as Exhibit 14 are true and accurate copies of excerpts from the deposition of Plaintiff Jessica Lee, which occurred on July 31, 2012 in Richmond, Virginia.  Stonebridge has designated this document as "Confidential" pursuant to the Protective Order entered in this case on June 6, 2011.  As a result, Plaintiff has filed an administrative motion to file this document under seal, and has submitted it to this Court under seal in connection with that Motion.

17.     Attached to this Declaration as Exhibit 15 is a true and accurate copy document bates labeled P177.  Plaintiff has designated this document as "Confidential" pursuant to the Protective Order entered in this case on June 6, 2011.  As a result, Plaintiff has filed an administrative motion to file this document under seal, and has submitted it to this Court under seal in connection with that Motion.

-3-

18.     Attached to this Declaration as Exhibit 16 is a true and accurate copy of Plaintiff's Partial Response to Defendant Stonebridge Life Insurance Company's First Set of Interrogatories.

19.     Attached to this Declaration as Exhibit 17 is a true and accurate copy of the Florida SOS Entity Detail for Trifecta Marketing Group LLC.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 29, 2012.

/s/  John C. Ochoa
John C. Ochoa

-4-

DECLARATION OF JOHN C. OCHOA

CV-11-00043-RS

# Exhibit 1



AUGUST 2, 2012

# Mobile Phone Problems

*Telemarketing calls and spam texts are realities for most cell phone users. Smartphone owners are particularly likely to report dropped phone calls and slow download speeds.*

**Jan Lauren Boyles**
*Research Intern, Pew Internet Project*

**Lee Rainie**
*Director, Pew Internet Project*

Pew Research Center's Internet & American Life Project
1615 L St., NW – Suite 700
Washington, D.C. 20036
Phone: 202-419-4500

**http://pewinternet.org/Reports/2012/Mobile-phone-problems.aspx**

# Main Findings

Even though mobile technology often simplifies the completion of everyday tasks, cell phone owners can also encounter technical glitches and unwanted intrusions on their phones. In an April 2012 survey, the Pew Research Center's Internet & American Life Project assessed the prevalence of four problems that cell owners might face.

Some 88% of American adults have cell phones, according to this survey, and, of those cell owners:

- 72% of cell owners _experience dropped calls_ at least occasionally. Some 32% of cell owners say they encounter this problem at least a few times a week or more frequently than that.
- 68% of cell owners _receive unwanted sales or marketing calls_ at one time or another. And 25% of cell owners encounter this problem at least a few times a week or more frequently.

Some 79% of cell phone owners say they use text messaging on their cells. We asked them if they got spam or unwanted texts:

- 69% of those who are texters say they _get unwanted spam or text messages_. Of those texters, 25% face problems with spam/unwanted texts at least weekly.

Some 55% of cell phone owners say they use their phones to go online— to browse the internet, exchange emails, or download apps. We asked them if they experience slow download speeds that prevent things from loading as quickly as they would like:

- 77% of cell internet users say they _experience slow download speeds that prevent things from loading as quickly as they would like_. Of those cell internet users, 46% face slow download speeds weekly or more frequently.

## How often cell users experience problems with their phones

*Among Americans ages 18+ who are cell owners, texters or cell internet/email/app users respectively*



* The figures in this chart do not sometimes match the bullets above due to rounding issues
**Source:** Pew Research Center's Internet & American Life Project Spring Tracking Survey, March 15-April 3, 2012.
N for cell owners=1,954. N for cell owners who text message=1,395. N for cell owners who use the internet or email on their cell phones or download apps to their cell phone=953. Interviews conducted in English and Spanish and on landline phones and cell phones.

Our questions were not intended to measure the incidence of illegal marketing to cell phones. They focused on unwanted intrusions. Still, the telemarketing and spam text findings are noteworthy because legal restrictions apply to both activities under certain circumstances. It is against the law in the U.S. to place unsolicited commercial calls to a mobile phone when the call is made by using an automated random-digit dialing generator or if the caller uses a pre-recorded message.[1]

In the case of unsolicited texts, commercial parties cannot send spam to cell owners who have placed their mobile device on the National Do Not Call registry. For those who have not chosen to go on that registry, governmental regulations bar text messages sent from internet domain names. Any mobile-to-mobile spam messages are permissible to reach consumers on their cell phones, so long as the text contacts were not generated through an automatic dialing system.[2]

## Smartphone owners report more problems

Smartphone owners reported higher incidence levels of these problems, compared with other cell owners, as shown in the table below.

---

[1] More information available at "Truth about Wireless Phones and the National Do-Not-Call List" available at http://www.fcc.gov/guides/truth-about-wireless-phones-and-national-do-not-call-list

[2] More information available at "Spam: Unwanted Text Messages and Email" available at http://www.fcc.gov/guides/spam-unwanted-text-messages-and-email

## Smartphone owners confront challenging mobile problems

*% in each group who have encountered mobile phone problems AT LEAST WEEKLY...*

|  | Smartphone owners | Other cell owners |
|---|---|---|
| Dropped calls (among cell owners) | 35%* | 28% |
| Unwanted sales, marketing calls (among cell owners) | 26% | 23% |
| Spam, unwanted texts (among texters) | 29%* | 20% |
| Slow download speeds (among mobile internet / email / apps users) | 49%* | 31% |

\* Denotes statistically significant difference

**Source:** Pew Research Center's Internet & American Life Project Spring Tracking Survey, March 15-April 3, 2012. N for cell owners=1,954. N for cell owners who text message=1,395. N for cell owners who use the internet or email on their cell phones or download apps to their cell phone=953. Interviews conducted in English and Spanish and on landline phones and cell phones.

Non-white cell owners confront all four problems at somewhat higher weekly rates than do their white counterparts. This might be tied to the fact that African-Americans and Hispanics are more likely than whites to rely on their cell phones as their primary or exclusive phones for calling and for internet access.[3]

For instance, more than half of Hispanic cell internet users (53%) face slow download times at least weekly or more often, compared with 44% of white cell internet users who report this problem. Some 41% of black and 39% of Hispanic cell owners reported dropping calls at least weekly, compared with 30% of white cell owners.

---

[3] See, for instance, Pew Internet Project report "Cell Internet Use 2012." June 26, 2012. Available at http://pewinternet.org/Reports/2012/Cell-Internet-Use-2012.aspx

**Ethnicity and mobile phone problems**

*% of cell owners, texters or cell internet/email/app users respectively who AT LEAST WEEKLY...*



■ White  ▨ Hispanic  ▨ Black

**Source:** Pew Research Center's Internet & American Life Project Spring Tracking Survey, March 15-April 3, 2012. N for cell owners=1,954. N for cell owners who text message=1,395. N for cell owners who use the internet or email on their cell phones or download apps to their cell phone=953. Interviews conducted in English and Spanish and on landline phones and cell phones.

# About the Pew Internet Project

**The Pew Research Center's Internet & American Life Project** is an initiative of the Pew Research Center, a nonprofit "fact tank" that provides information on the issues, attitudes, and trends shaping America and the world. The Pew Internet Project explores the impact of the internet on children, families, communities, the work place, schools, health care and civic/political life. The Project is nonpartisan and takes no position on policy issues. Support for the Project is provided by The Pew Charitable Trusts. More information is available at pewinternet.org.

# Survey Questions and Methodology

**Spring Tracking Survey 2012**          Final Topline          04/10/2012
Data for March 15–April 3, 2012

Princeton Survey Research Associates International for
the Pew Research Center's Internet & American Life Project

Sample: n=2,254 national adults, age 18 and older, including 903 cell phone interviews
Interviewing dates: 03.15.2012 – 04.03.2012

Margin of error is plus or minus 2 percentage points for results based on Total [n=2,254]
Margin of error is plus or minus 3 percentage points for results based on internet users [n=1,803]
Margin of error is plus or minus 3 percentage points for results based on cell phone owners [n=1,954]

Margin of error is plus or minus 3 percentage points for results based on cell phone owners who text message
    [n=1,395]

Margin of error is plus or minus 4 percentage points for results based on those who use the internet or email on
    their cell phone or download apps to their cell phone [n=953]
Margin of error is plus or minus 4 percentage points for results based on those who use the internet or email on
    their cell phone [n=929]
Margin of error is plus or minus 4 percentage points for results based on those who download apps to their cell
    phone [n=714]

---

**Q33**  How often, if ever, do you experience [INSERT ITEMS; RANDOMIZE] on your cell phone? Do you experience this several times per day, about once a day, a few times per week, less often, or never?

| | SEVERAL TIMES PER DAY | ABOUT ONCE A DAY | A FEW TIMES PER WEEK | LESS OFTEN | NEVER | DON'T KNOW | REF. |
|---|---|---|---|---|---|---|---|
| *Items A and B: Based on cell phone owners [N=1,954]* | | | | | | | |
| a.  Dropped phone calls | 6 | 6 | 19 | 41 | 26 | 1 | * |
| b.  Unwanted sales or marketing calls | 5 | 4 | 15 | 44 | 30 | 1 | 1 |
| *Item C: Based on cell phone owners who text message [N=1,395]* | | | | | | | |
| c.  Spam or unwanted text messages | 4 | 4 | 17 | 44 | 31 | * | * |
| *Item D: Based on those who use the internet or email on your cell phone or download apps to their cell phone [N=953]* | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| d. Slow download speeds that prevent things from loading as quickly as you would like them to | 12 | 9 | 25 | 31 | 21 | 2 | 1 |

This report is based on the findings of a survey on Americans' use of the Internet. The results in this report are based on data from telephone interviews conducted by Princeton Survey Research Associates International from March 15 to April 3, 2012, among a sample of 2,254 adults, age 18 and older. Telephone interviews were conducted in English and Spanish by landline (1,351) and cell phone (903, including 410 without a landline phone). For results based on the total sample, one can say with 95% confidence that the error attributable to sampling is plus or minus 2.4 percentage points. For results based Internet users[4] (n=1,803), the margin of sampling error is plus or minus 2.7 percentage points. In addition to sampling error, question wording and practical difficulties in conducting telephone surveys may introduce some error or bias into the findings of opinion polls.

A combination of landline and cellular random digit dial (RDD) samples was used to represent all adults in the continental United States who have access to either a landline or cellular telephone. Both samples were provided by Survey Sampling International, LLC (SSI) according to PSRAI specifications. Numbers for the landline sample were selected with probabilities in proportion to their share of listed telephone households from active blocks (area code + exchange + two-digit block number) that contained three or more residential directory listings. The cellular sample was not list-assisted, but was drawn through a systematic sampling from dedicated wireless 100-blocks and shared service 100-blocks with no directory-listed landline numbers.

New sample was released daily and was kept in the field for at least five days. The sample was released in replicates, which are representative subsamples of the larger population. This ensures that complete call procedures were followed for the entire sample. At least 7 attempts were made to complete an interview at a sampled telephone number. The calls were staggered over times of day and days of the week to maximize the chances of making contact with a potential respondent. Each number received at least one daytime call in an attempt to find someone available. For the landline sample, interviewers asked to speak with the youngest adult male or female currently at home based on a random rotation. If no male/female was available, interviewers asked to speak with the youngest adult of the other gender. For the cellular sample, interviews were conducted with the person who answered the phone. Interviewers verified that the person was an adult and in a safe place before administering the survey. Cellular sample respondents were offered a post-paid cash incentive for their participation. All interviews completed on any given day were considered to be the final sample for that day. Weighting is generally used in survey analysis to compensate for sample designs and patterns of non-response that might bias results. A two-stage weighting procedure was used to weight this dual-frame sample. The first-stage corrected for different probabilities of selection associated with the number of adults in each household and each respondent's telephone usage patterns.[5] This weighting also adjusts for the overlapping landline and cell sample frames and the relative sizes of each frame and each sample.

The second stage of weighting balances sample demographics to population parameters. The sample is balanced to match national population parameters for sex, age, education, race, Hispanic origin, region

---

[4] Internet user definition includes those who access the internet on their cell phones or other mobile handheld device.
[5] i.e., whether respondents have only a landline telephone, only a cell phone, or both kinds of telephone.

(U.S. Census definitions), population density, and telephone usage. The Hispanic origin was split out based on nativity; U.S born and non-U.S. born. The White, non-Hispanic subgroup is also balanced on age, education and region. The basic weighting parameters came from a special analysis of the Census Bureau's 2011 Annual Social and Economic Supplement (ASEC) that included all households in the United States. The population density parameter was derived from Census 2000 data. The cell phone usage parameter came from an analysis of the July-December 2010 National Health Interview Survey.[6]

Following is the full disposition of all sampled telephone numbers:

Table 2:Sample Disposition

| Landline | | Cell | | |
|---|---|---|---|---|
| 33,738 | | 22,143 | | Total Numbers Dialed |
| 1,502 | | 332 | | Non-residential |
| 1,491 | | 45 | | Computer/Fax |
| 8 | | ---- | | Cell phone |
| 15,401 | | 8,237 | | Other not working |
| 2,746 | | 404 | | Additional projected not working |
| 12,590 | | 13,126 | | Working numbers |
| 37.3% | | 59.3% | | Working Rate |
| 915 | | 135 | | No Answer / Busy |
| 3,472 | | 4,465 | | Voice Mail |
| | 66 | | 5 | Other Non-Contact |
| | 8,137 | | 8,521 | Contacted numbers |
| | 64.6% | | 64.9% | Contact Rate |
| | 523 | | 1,382 | Callback |
| 6,161 | | 5,654 | | Refusal |
| 1,453 | | 1,485 | | Cooperating numbers |
| 17.9% | | 17.4% | | Cooperation Rate |
| 52 | | 43 | | Language Barrier |
| ---- | | 498 | | Child's cell phone |
| 1,401 | | 944 | | Eligible numbers |
| 96.4% | | 63.6% | | Eligibility Rate |
| 50 | | 41 | | Break-off |
| 1,351 | | 903 | | Completes |
| 96.4% | | 95.7% | | Completion Rate |

---

[6] Blumberg SJ, Luke JV. Wireless substitution: Early release of estimates from the National Health Interview Survey, July-December, 2010. National Center for Health Statistics. June 2011.

| 11.1% | 10.8% | Response Rate |
|---|---|---|

The disposition reports all of the sampled telephone numbers ever dialed from the original telephone number samples. The response rate estimates the fraction of all eligible respondents in the sample that were ultimately interviewed. At PSRAI it is calculated by taking the product of three component rates:

- o   Contact rate – the proportion of working numbers where a request for interview was made
- o   Cooperation rate – the proportion of contacted numbers where a consent for interview was at least initially obtained, versus those refused
- o   Completion rate – the proportion of initially cooperating and eligible interviews that were completed

Thus the response rate for the landline sample was 11 percent. The response rate for the cellular sample was 11 percent.

# Exhibit 2

**The New York Times** Reprints

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.



April 7, 2012

# Spam Invades a Last Refuge, the Cellphone

**By NICOLE PERLROTH**

Text message spam has started waking Bob Dunnell in the middle of the night, promising cheap mortgages, credit cards and drugs. Some messages offer gift cards to, say, Walmart, if he clicks on a Web site and enters his Social Security number.

Once the scourge of e-mail providers and the Postal Service, spammers have infiltrated the last refuge of spam-free communication: cellphones. In the United States, consumers received roughly 4.5 billion spam texts last year, more than double the 2.2 billion received in 2009, according to Ferris Research, a market research firm that tracks spam.

Spread over 250 million text message-enabled phones, the problem is not as commonplace as e-mail spam. But it is a growing menace, with the potential for significant damage.

"Unsolicited text messaging is a pervasive problem," said Christine Todaro, a lawyer with the Federal Trade Commission, the consumer watchdog agency, which is turning to the courts for help. "It is becoming very difficult to track down who is sending the spam. We encourage consumers to file complaints, which helps us track down the spammers, but even then it is a little bit like peeling back an onion."

Although some text spam is of the harmless, if annoying, marketing variety, a vast majority is more insidious, experts say. With one mobile tap, smartphone users risk signing up for a bogus, impossible-to-cancel service.

Or they may succumb to that offer for a Walmart gift card or a free iPhone in exchange for taking a survey and divulging all sorts of personal information, like their addresses or their transaction history — which can then be sold to digital marketers or even used to crack their bank accounts.

And, so far, it is hard to stop it. Even replying to unwanted messages with "NO" or "STOP" — the usual method for unsubscribing from an unwanted text message list — may only

verify to spammers that you have a working number that can then be resold.

Scrambling to get a better grasp on the problem, the mobile industry last month joined with a maker of antispam software, Cloudmark, on a new reporting service that lets users forward mobile spam to "7726," a number that spells SPAM on most keypads. Carriers will then use that information to block numbers.

Mobile spam is illegal under two federal laws — the 2003 Can Spam Act and the Telephone Consumer Protection Act, which set up the Do Not Call Registry in 2003. Smartphone users can report numbers that spam comes from on both the Web sites of the F.T.C. and the Federal Communications Commission. The major wireless carriers — AT&T, Sprint, T-Mobile, Bell Mobility and Verizon Wireless — all also offer ways to report the numbers on their Web sites and can block numbers. A number of apps for Android phones also promise enhanced spam text filtering.

Spammers, though, are endlessly inventive. Mobile carriers and filtering software can detect when a large volume of spam is sent from one phone number, and when the texts try to get someone to click on a Web site.

So spammers are turning to large banks of phone numbers, regularly changing the Web sites they try to get consumers to click, and blasting their messages from the Internet using "over the top messaging systems," which let them send millions of messages cheaply. The minute a carrier blocks one number, spammers simply start using another.

"It seems this is all coming from different sources," said Mr. Dunnell, a financial security consultant in St. Louis, who reported some texts he received on the F.T.C.'s Web site and signed up for the Do Not Call list — to no avail. "I don't know what good blocking one number will do."

Spam on social media and instant-messaging services is also a problem, and there is more of it than of mobile spam, experts say, although security firms do not keep comprehensive figures. But the filtering technologies are more sophisticated.

As of last October, Facebook said it had blocked 220 million malicious links from a total of a trillion links clicked on Facebook a day.

Mobile spam, a more recent trend, is growing faster partly because spammers can blast their messages across providers, which share technologies; they have to customize for each instant-messaging provider and social media platform.

Legal remedies may provide some help against mobile spam. Verizon has brought 20 lawsuits against wireless telemarketers and spammers, most of which have been settled.

The F.T.C. tried its first mobile spam case in February 2011 against Phillip A. Flora of Huntington Beach, Calif., accusing him of sending more than five million text messages over a 40-day period at a "mind-boggling" rate of 85 a minute, according to court documents.

Prosecutors said Mr. Flora was draining users' allotted text message limits, which cost them money, and blasting messages at all hours of the night. The number of anyone who verified it by replying to the text message was sold to marketers.

The federal complaint against Mr. Flora said he charged $300 for every 100,000 text messages he sent — on top of what he made from selling cellphone numbers to third parties.

Mr. Flora settled the charges for $32,000 and agreed to cease sending spam texts. His lawyer, Michael A. Thurman, said his client "did not realize what he was doing was in violation of the law."

Text spam that tries to get consumers to reveal their personal information is similar to the e-mail frauds known as "phishing." In the mobile context, these spams are known as "smishing."

One of the two most common mobile spam messages last month, according to Cloudmark, the antispam software maker, was the "Need Cash Now" spam, in which users were promised quick cash if they disclosed personal and financial tidbits about themselves, which could be used to gain access to a bank account. The other was a gift card swindle, which lured users into taking a survey, in many cases on a spoofed Web site, and answering questions about their salary, debt levels, marital status and health history.

"Attackers gain multiple layers of revenue from that information," said Rachel Kinoshita, Cloudmark's head of security operations. "They amass a 360-degree view of their target and can sell that information to marketers or just phish their bank accounts."

Spammers can make a tidy profit blasting tens of thousands of messages at once. They use computers to generate millions of possible number combinations and then send messages to those addresses without knowing whether they have dialed a working number.

"If there weren't so much money to be made here, spammers would simply go away," Ms. Kinoshita said.

And of course smishing costs victims who do not have unlimited text message plans. Getting as few as 10 a month at 20 cents each would cost $24 more a year.

Mr. Dunnell has considered changing his cellphone number but concluded it would be too disruptive. "I just wish there was a better way to deal with this," he said.

World - Image - NYTimes.com

http://www.nytimes.com/imagepages/2012/04/08/world/SPAM...

# The New York Times

April 8, 2012



Replying "NO" or "STOP" to text spam may only verify to spammers that you have a working number that can then be resold.

Close Window

Copyright 2012 The New York Times Company

4/12/12 2:39 PM

# Exhibit 3

## (Filed Under Seal)

# Exhibit 4

# COPY OF TRANSCRIPT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

JESSICA LEE, individually and
on behalf of a class of similarly
situated individuals,

        Plaintiff,

    vs.

STONEBRIDGE LIFE INSURANCE
COMPANY, a Vermont corporation,
and TRIFECTA MARKETING GROUP,
a Florida limited liability
company,

        Defendants.

Case No. CV 11-00043-RS

Hon. Richard Seeborg

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

### DEPOSITION OF ALOIS RUBENBAUER

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| TAKEN AT: | The Offices of Thacker + Co.<br>50 West Broadway, Suite 900<br>Salt Lake City, Utah |
| DATE: | Thursday, August 9, 2012 |
| TIME: | 10:11 a.m. |
| REPORTED BY: | Scott M. Knight, RPR |

# THACKER+CO

50 West Broadway, Suite 900, Salt Lake City, Utah 84101
801-983-2180    Toll Free: 877-441-2180    Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[2]

```
 1                A P P E A R A N C E S

 2    FOR PLAINTIFF:

 3    JOHN C. OCHOA, ESQ.,
      BRADLEY BAGLIEN, ESQ.,
 4    EDELSON McGUIRE, LLC
      350 North LaSalle, Suite 1300
 5    Chicago, Illinois 60654

 6    FOR DEFENDANT TRIFECTA MARKETING GROUP:

 7    LISA R. CROWLEY, ESQ.
      4770 Pace Drive
 8    Park City, Utah 84098

 9    FOR DEFENDANT STONEBRIDGE LIFE INSURANCE COMPANY:

10    TIFFANY CHEUNG, ESQ.,
      MORRISON FOERSTER
11    425 Market Street
      San Francisco, California 94105-2482

12
      JILL A. HANDLEY, ESQ.,
13    AEGON
      4333 Edgewood Road NE, MS #2520
14    Cedar Rapids, Iowa 52499

15                    *   *   *

16                I N D E X
```

```
17    WITNESS                                    Page

18    ALOIS RUBENBAUER

19    EXAMINATION                                  4
      BY-MR.OCHOA
20    EXAMINATION                                100
      BY-MS.CHEUNG
21    FURTHER EXAMINATION                        114
      BY-MR.OCHOA
22    FURTHER EXAMINATION                        114
      BY-MS.CHEUNG
23    FURTHER EXAMINATION                        115
      BY-MR.OCHOA
```

```
24                    *   *   *

25
```



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[3]

E X H I B I T S

| No. | Description | Page |
|-----|-------------|------|
| 35 | Plaintiff's first Set of Document Requests to Defendant Trifecta Marketing Group, LLC | 18 |
| 36 | Plaintiff's First Set of Interrogatories to Defendant Trifecta Marketing Group, LLC | 25 |
| 37 | E-mail from Martine Yaldor to John Ochoa, April 26, 2012, and related e-mails | 30 |
| 38 | Letter of Conveyance | 40 |
| 39 | E-mail from Alois Rubenbauer to Ryan VanHorn, October 29, 2010 | 52 |
| 40 | PBX-Change invoice, October 19, 2010 | 54 |
| 41 | PBX-Change invoice, October 20, 2010 | 57 |
| 42 | PBX-Change invoice, November 11, 2010 | 58 |
| 43 | Color photograph | 60 |
| 44 | Call Center Qualification Questionnaire | 61 |
| 45 | E-mail from Monica Leach to various recipients, December 22, 2010 | 71 |
| 46 | Call-Back Agreement | 74 |
| 47 | E-mail from Marci Evans to Brad Terry, October 18, 2010, and related e-mails | 79 |
| 48 | Legal Review #-19574491 | 83 |
| 49 | E-mail from Alois Rubenbauer to Ryan VanHorn, November 11, 2010, and related e-mails | 85 |
| 50 | Stonebridge Recording with "Jessica Lee" | 88 |



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[10]

1  Q    When was the car accident?

2  A    2008.

3  Q    Okay.  Did that happen in Florida or New York?

4  A    Florida.

5  Q    Okay.  When did you start working for Trifecta

6  Marketing Group?

7  A    When it was formed.  I don't remember those dates,

8  though.

9  Q    Okay.  Can you remember approximately when

10  Trifecta--

11  A    2010.

12  Q    Okay.  One thing:  When I'm in the middle of

13  asking a question, wait for me to finish asking the question

14  before you give an answer--

15  A    Okay.

16  Q    --just to clean up the record, because when you

17  read it on the transcript, it might not look right if you

18  don't wait, okay?

19  A    Understood.

20  Q    Okay.  So did you say that you started up Trifecta

21  Marketing Group sometime in 2008?  Is that right?

22  A    I didn't start it up.  I started working for

23  Trifecta Marketing Group in 2010, I said.

24  Q    Okay.  2010.  Who founded Trifecta Marketing

25  Group?



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[11]

```
1        A    Corporations.  I don't recall the names of them.
2        Q    Were there any individuals involved in the
3    formation of Trifecta Marketing Group?
4        A    They were owned by corporations.  So the
5    individuals who owned the corporations I don't know.  I know
6    the names of the corporations.
7        Q    Okay.  What are the names of the corporations?
8        A    Xcel Direct and Q1 Data were the forming
9    companies.
10       Q    Do you know the names of the individuals who were
11   principals at those two companies?
12       A    I don't know who the principals of the
13   corporations are, to be honest with you.
14       Q    Okay.  Who was the president of Trifecta Marketing
15   Group when you started working there?
16       A    I was the president.  They hired me as the
17   president.
18       Q    What other people were in management positions at
19   Trifecta Marketing Group in 2010 when you started?
20       A    Curt Herrington.
21       Q    Could you spell that last name?
22       A    No.
23       Q    Okay.  What was his position when you--in 2010?
24       A    He was one of the principals.
25       Q    Was there anyone else?
```



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[12]

1      A      Mark Lyon.

2      Q      And he's a principal also; is that right?

3      A      I don't know, but he was one of the founders, so

4  he--they hired me.

5      Q      Okay.  And where was Curt Herrington located at

6  that time?

7      A      New York.

8      Q      Okay.  And where was Mark Lyon located in--

9      A      California.

10     Q      And how did you first--what was your first meeting

11 with Curt Herrington?

12     A      He's my uncle.

13     Q      So did he approach you about the job or did you

14 approach him?

15     A      It was a joint discussion.

16     Q      Okay.  And what kind of business was Trifecta

17 Marketing Group doing in 2010?

18     A      Outsourced call center-related projects.

19     Q      What do you mean when you say "outsourced call

20 center projects"?

21     A      We were contracted to do work for companies.

22     Q      I see.  And what was your position at Trifecta

23 in--

24     A      President.

25     Q      --2010?  Was there a vice president?



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[13]

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Did Curt Herrington have a formal title? |
| 3 | A | Not that I recall. |
| 4 | Q | Did Mark Lyon have a formal title? |
| 5 | A | Not that I recall.  They were principals. |
| 6 | Q | How many employees did Trifecta Marketing Group |
| 7 | | have in 2010? |
| 8 | A | I don't remember. |
| 9 | Q | Do you remember approximately how many? |
| 10 | A | No.  Be lying if I told you. |
| 11 | Q | Were there any other employees at Trifecta in 2010 |
| 12 | | that you can remember by name? |
| 13 | A | First names, maybe. |
| 14 | Q | Okay.  That's--that's fine. |
| 15 | A | I know a few of them. |
| 16 | Q | Okay. |
| 17 | A | Jennifer and John.  I just don't remember their |
| 18 | | last names. |
| 19 | Q | And when you started at Trifecta, were you living |
| 20 | | in New York or in Florida? |
| 21 | A | I moved to Florida. |
| 22 | Q | Okay.  Did Trifecta Marketing Group have offices |
| 23 | | in Florida? |
| 24 | A | Yes. |
| 25 | Q | Did Trifecta Marketing Group have offices in New |



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[28]

1      A      Contract call center work.

2      Q      What kind of work specifically were they doing?

3      A      That's privileged.

4      Q      That information is not privileged.  It's relevant

5   to this lawsuit, and you're going to have to answer the

6   question.

7      A      I don't know how to answer that question, so I

8   don't feel comfortable answering it.

9          MR. OCHOA:  Could you read that question back

10   again, please?

11   (The last following was read:

12          "Q  What kind of work specifically were they

13   doing?")

14      BY MR. OCHOA:

15      Q      Okay.  What kind of work specifically were the

16   call centers that were operated by Trifecta Marketing Group

17   doing in 2010?

18      A      I don't know how to answer that question.  Not

19   going to answer that question.

20          MR. OCHOA:  Can we take a break really quick?

21   (A discussion was held off the record.)

22          MR. OCHOA:  Can we go back on the record?

23          Could you reread the last question, please?

24   (The last question was read.)

25          THE WITNESS:  Marketing.  Inbound calls.



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[29]

1      (Cell phone interruption.)

2          BY MR. OCHOA:

3          Q     Were the employees at the call centers reading

4      scripts when they received inbound calls?

5          A     I don't recall.

6          Q     Do you recall what they were saying when the calls

7      were answered?

8          A     I don't recall.

9          Q     Do you recall any products that were being

10     marketed as a--

11         A     I don't recall.

12         Q     Can you wait for me to finish the question first?

13         A     Sure.

14         Q     Do you recall what kind of products were being

15     marketed as a result of inbound calls?

16         A     I don't recall.

17         Q     Do you recall whether Trifecta Marketing Group was

18     marketing gift cards in response to inbound calls?

19         A     I don't recall.

20         Q     Do you remember if Trifecta Marketing Group was

21     marketing Stonebridge Life Insurance products as a result of

22     inbound calls?

23         A     Yes.

24         Q     And were they promoting Stonebridge Life Insurance

25     products?



Alois Rubenbauer

8/9/2012

[30]

1       A    No.

2       Q    What was Trifecta doing in connection with

3   Stonebridge Life Insurance?

4       A    Lead generation.

5       Q    What does that mean in the industry?

6       A    I don't know the definition of lead generation

7   other than creating a lead for a company.

8       Q    If you're trying to explain to someone what lead

9   generation is, how would you explain that?

10      A    Okay.  Well, ABC law firm is looking to create

11  cases.  They hire XYZ marketing company to go out there and

12  find them cases for law firms.  Is that a good enough

13  definition?

14      Q    I think so.  Was Trifecta Marketing Group

15  generating leads for any other companies in 2010?

16      A    Not that I recall.

17          MR. OCHOA:  Could you mark this as Exhibit No. 37?

18  Exhibit-37 marked

19          THE WITNESS:  Thank you.

20  BY MR. OCHOA:

21      Q    Would you just take a minute and look at the first

22  page of this document--

23      A    Okay.

24      Q    --right below the line that says "Forwarded

25  message."



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[31]

1      A      Uh-huh (Affirmative).

2           MS. CHEUNG:  Before you enter a certain line of

3      questioning, let me just get an objection on the record--

4           MR. OCHOA:  Sure.

5           MS. CHEUNG:  --because Stonebridge has never seen

6      these documents before today.  There's not a Bates label at

7      the bottom of them, although I understand from plaintiff's

8      counsel that they were produced in another case, not this

9      one, by a third party that has not been subpoenaed in this

10     case, Jessica Lee vs. Stonebridge.  So the relevance of

11     these documents, I'm going to object to the extent they're

12     not relevant, and also object to the extent we haven't had

13     an opportunity to review them and are not prepared to

14     examine at the time.

15           MR. OCHOA:  And if--Tiffany, if you want a

16     chance--we can take a break.  If you want to take a chance

17     to review the document before I start asking questions, that

18     would be fine.

19           THE WITNESS:  I'd like Alex to review them before

20     I answer any questions, I want to be honest with you.

21        BY MR. OCHOA:

22        Q    Well, you have a lawyer here that is looking at

23     the document as well.

24        A    Okay.

25        Q    She can review the document.



50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[50]

```
 1   2010?

 2        A     I remember the name of the person.  I didn't

 3   remember the company name.

 4        Q     Okay.

 5        A     Do remember the person, though.

 6        Q     What is the name of that person?

 7        A     Ryan VanHorn.  I remember that name.

 8        Q     And is he an employee for ModernAd Media?

 9        A     I assume so.

10        Q     And what did he do for ModernAd Media, if you

11   know?

12        A     From this or from what I know?

13        Q     From what you know.

14        A     He was an account manager for me.

15        Q     How often did you speak with Ryan in 2010?

16        A     Once in a while.  I don't know.  I couldn't tell

17   you how many times.

18        Q     Okay.  What did you talk about with him?

19        A     Marketing.

20        Q     Okay.  What type of marketing specifically did you

21   talk about?

22        A     A variety of different types, to be honest.

23        Q     Did you talk with him about SMS marketing?

24        A     Yes.

25        Q     Okay.  And when I say "SMS marketing," I'm
```



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

[51]

1    referring to marketing via text message.  Do you understand

2    that?

3        A    Yes.

4        Q    Okay.  And did Trifecta Marketing Group use SMS in

5    their marketing efforts?

6        A    Yes.

7        Q    In what way did Trifecta use SMS in the marketing

8    efforts?

9        A    I don't know if I understand that.  What do you

10   mean?

11       Q    Like how did Trifecta use text messages in its

12   marketing?  What was the purpose of the text messages?

13       A    Well, we personally didn't text-message or do text

14   messaging.  We contracted with companies--

15       Q    Okay.

16       A    --to market various different products.

17       Q    Okay.  Can you explain how the text messages would

18   help market those products for Trifecta?

19       A    It would be like an ad.

20       Q    Uh-huh (Affirmative).

21       A    That would be the best explanation I could give.

22       Q    Okay.  What would the text messages say?

23       A    I don't remember that.

24       Q    How would someone who received a text message get

25   in touch with Trifecta?



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[52]

1      A    Call.

2      Q    Would they call one of the toll-free telephone

3  numbers that Trifecta controlled?

4      A    Sometimes.

5      Q    Now, what do you mean when you say "sometimes"?

6      A    Well, sometimes they would call from a toll-free

7  number--

8      Q    Okay.

9      A    --that we controlled, yes.

10     Q    Did the toll-free telephone number appear in the

11  text message?

12     A    I don't know.

13     Q    Okay.  And you said that sometimes they would call

14  Trifecta.  What were the other ways that they would get in

15  contact with Trifecta?

16     A    They would respond to e-mails and stuff like that.

17     Q    Uh-huh (Affirmative).  Okay.

18          MR. OCHOA:  Can you mark this as Exhibit 39,

19  please?

20  Exhibit-39 marked

21     BY MR. OCHOA:

22     Q    Okay.  I've handed you what's been marked

23  Exhibit 39.  If you could take a minute--

24     A    This one's not marked the way it needs to be.

25     Q    It's marked up here (Indicating).



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer
8/9/2012

[53]

1    A    Oh, I didn't see that.

2    Q    No problem.

3         Okay.  I've handed you what's been marked

4    Exhibit 39.  Would you take a minute to review this.

5    A    I see it.

6    Q    And what does this look like to you?

7    A    Directions.

8    Q    Is this an e-mail?

9    A    Yes.

10   Q    Okay.  In the "From" line is that your name in the

11   "From" line of the e-mail?

12   A    Yes.

13   Q    And it says "To: Ryan VanHorn"?

14   A    Yes.

15   Q    Is that Ryan VanHorn who works at ModernAd Media?

16   A    I would assume so.

17   Q    And if you could take a minute to just look at the

18   body of that text--of that e-mail.

19   A    Okay.  I did.

20   Q    Okay.  What's the purpose of this e-mail?

21   A    Directions on hours of operation.

22   Q    Okay.  Why would Ryan need to know the hours

23   that--well, what is it referring to?  The hours of what?

24   A    Just doesn't say.

25   Q    Okay.  Take the first line.  Says, "Ryan, we have



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer
8/9/2012

[56]

1    Q    Okay.

2    A    Looks like it was paid.

3    Q    If someone at Trifecta paid the bill, who would

4    have been the person at Trifecta to pay it?

5    A    Curt.

6    Q    That's Curt Herrington, correct?

7    A    Correct.

8    Q    And what is this an invoice for?

9    A    A phone bill.

10   Q    Okay.  Now, in the--in the table below there are

11   lists of telephone numbers?

12   A    Uh-huh (Affirmative).

13   Q    Are those telephone numbers that Trifecta used?

14   A    I don't recall.

15   Q    Okay.  Do you recognize those as toll-free

16   telephone numbers?

17   A    Looks like they are.

18   Q    Okay.  And looks like there's an amount on the

19   right--the far right side--

20   A    Yes.

21   Q    --of the table.  Do you know what that amount is

22   referring to?

23   A    Usage.  I have no idea.

24   Q    Have you ever seen an invoice that looks like this

25   before?



50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

THACKER+Co
ThackerCo.com

Alois Rubenbauer

8/9/2012

[57]

1      A      Have I ever seen an invoice or this invoice?

2      Q      Or invoice that looks like this?

3      A      No.

4      Q      Okay.  But just to confirm, that is Trifecta's

5   name on the top, where it says "Accounts payable"?

6      A      Correct.

7      Q      Okay.  And based on what you looked at on the

8   second page, it looks like this invoice was paid, correct?

9      A      Correct.

10      Q      Okay.

11      A      It's what it looks like to me.

12      Q      Okay.

13           MR. OCHOA:  Would you mark this one, please.

14   Exhibit-41 marked

15           MS. CHEUNG:  Forty-one?

16           MR. OCHOA:  Exhibit 41, yes.

17           MS. CHEUNG:  Exhibit 41.  Okay.  Same objection

18   with respect to this document that I had on Exhibit 40 and

19   the others.

20      BY MR. OCHOA:

21      Q      Can you take a minute and review this document?

22      A      Yes, I did.

23      Q      Okay.  What is this document?

24      A      An invoice.

25      Q      Okay.  The top of this invoice, where it says,



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[58]

1    "Accounts payable"--

2        A    Yes.

3        Q    --is that the name and address of Trifecta

4    Marketing Group?

5        A    Yes.

6        Q    Okay.  Is that the address of the call center in

7    Florida?

8        A    Yes.

9        Q    If you could turn to the second page of the

10   invoice and just review it for a second.

11       A    Okay.

12       Q    Does it look like this invoice was paid?

13       A    Yes.

14            MR. OCHOA:  Could you mark this one, please?

15   Exhibit-42 marked

16            MS. CHEUNG:  Exhibit No. 11--42?  Is that the

17   exhibit number?

18            MR. OCHOA:  Yes.

19            MS. CHEUNG:  Same objection to this document as

20   the objection asserted for Exhibits 41 and 40.

21   BY MR. OCHOA:

22       Q    Can you take a minute and review this?

23       A    Yeah, I just did.

24       Q    What is this document?

25       A    Invoice.



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[59]

1      Q     Okay.  Was this an invoice to Trifecta Marketing

2   Group?

3      A     Yes.

4      Q     Is the address on the top of this where it says

5   "Accounts payable" the address of Trifecta Marketing Group's

6   call center in Florida?

7      A     Yes.

8      Q     If you could turn to the fourth page of this

9   document, the next-to-last--

10     A     Yes.

11     Q     --page.  If you look about midway down, there's a

12  row there and there's--underneath, in bold, where it says,

13  "Phone Number," there's words that say, "Wam Media Group,"

14  W-a-m.  Do you see that?

15     A     Yes.

16     Q     Do you know what Wam Media Group is?

17     A     I don't recall.

18     Q     And in the row immediately below that, it says,

19  "Around the World Printing"?

20     A     Okay.

21     Q     Have you ever heard of that before?

22     A     I don't recall.

23     Q     Okay.  If you can look all the way at the bottom

24  of this page--

25     A     Yeah.



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer
8/9/2012

[66]

```
 1    in layman's terms would you explain what a marketing

 2    creative is?

 3         A    An ad.

 4         Q    Do you know where an ad like this would appear?

 5         A    Various different places.

 6         Q    For example?

 7         A    Banner ad on the Internet.

 8         Q    Uh-huh (Affirmative).

 9         A    E-mail.

10         Q    Okay.  Would an ad like this appear in a text

11    message?

12         A    It's possible.

13         Q    Did ModernAd Media do any banner ads for you?

14         A    I don't recall that.

15         Q    Did ModernAd Media do any text message marketing

16    for you?

17         A    I don't recall.

18              Can we take a break for a second?

19         Q    Sure, that's fine.

20    (Recess taken, 12:15-12:16 p.m.)

21              MR. OCHOA:  Okay.  We can get started again.

22         BY MR. OCHOA:

23         Q    All right.  Do you know what a short code is?

24         A    Yes.

25         Q    What's a short code?
```



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer
8/9/2012

[67]

1      A      It's a mechanism used to transmit a text message.

2      Q      Okay.  Do you know what a long code is?

3      A      No.

4      Q      Okay.  Did Trifecta Marketing Group transmit text

5   messages in its marketing efforts?

6      A      No.

7      Q      Did Trifecta Marketing Group hire other people to

8   send text messages for its marketing efforts?

9      A      Yes.

10     Q      And if someone received a text message on behalf

11  of Trifecta, how would that person contact Trifecta?

12     A      They would call.

13     Q      Okay.  Would they call the telephone number that

14  appeared in the text message?

15     A      Correct.

16     Q      And did those telephone numbers connect to

17  Trifecta's call centers in Florida?

18     A      Yes.

19     Q      Okay.  Thank you.  Would Trifecta Marketing Group

20  use toll-free numbers in the text messages?

21     A      Trifecta Marketing Group didn't text-message.

22     Q      Would companies whose--on--strike that.  When a

23  company sends a text message on behalf of Trifecta in its

24  marketing, would a toll-free number appear in that message?

25     A      Sometimes.



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

[70]

1     Q      Would Trifecta keep recordings of the calls

2   themselves or would they outsource that to another company?

3     A      I don't--don't--it was either outsourced or

4   on-site.  I don't remember.

5     Q      And when an inbound call would be received by one

6   of Trifecta's call centers, would the operator read a script

7   to the caller?

8     A      Depending on what the call was for.

9     Q      Okay.  So some companies would require Trifecta to

10   read scripts; is that correct?

11     A      Correct.

12     Q      Okay.  And when a company told Trifecta to read a

13   script as part of its marketing, would Trifecta read that

14   script?

15     A      If it were working for the company, yes.

16     Q      Why--why did you listen in on calls from time to

17   time at the call center?

18     A      Make sure people were doing their job correctly.

19     Q      Okay.  And if their job required them to read a

20   script, would you make sure they were following the script?

21     A      Yes.

22     Q      Would you require them to follow the script

23   exactly?

24     A      Yes.

25     Q      Okay.  Thank you.  Can you remember now any



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[71]

1    products that were sold out of Trifecta's call centers in

2    Florida?

3        A    No.

4             MR. OCHOA:   Could you mark this, please?

5    Exhibit-45 marked

6        BY MR. OCHOA:

7        Q    Okay.  I've handed you what's just been marked

8    Exhibit 45.  Could you take some time to review that,

9    please?

10       A    Okay.  I did.

11       Q    Okay.  What is this document?

12       A    It's an e-mail.

13       Q    Okay.  Who is it from?

14       A    Monica Lee.

15       Q    Okay.  Do you know who Monica Lee is?

16       A    Leach.  I don't know if I'm pronouncing that.

17   Leach.  Leash.

18       Q    I'm not sure how it's pronounced.

19       A    Okay.

20       Q    Do you recognize that name?

21       A    No, I don't recall her.

22       Q    Okay.  In the "To" field of this e-mail, that

23   first e-mail, "Al"--

24       A    Yeah.

25       Q    --is that your e-mail?



50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

ThackerCo.com

Alois Rubenbauer

[94]

1    Q    Are you aware of how text messages were physically
2    transmitted on behalf of Trifecta?
3    A    I was told by short code.
4    Q    Okay.  Who told you that?
5    A    Our vendors or the people we bought the marketing
6    dollars to--paid the marketing dollars to.
7    Q    Who were those specific vendors?
8    A    There was a couple of them.  I don't remember
9    their names.
10   Q    Okay.  So you don't remember their names?
11   A    No.
12   Q    But you remember that they told you they only used
13   short code; is that correct?
14   A    Correct.
15   Q    Do you remember where those companies were
16   located?
17   A    No.
18   Q    Do you remember if Trifecta ever offered gift
19   cards as a result of inbound calls to their call centers?
20   A    I don't recall.
21   Q    I want to talk a little bit about Trifecta's work
22   for Stonebridge specifically.
23   A    Okay.
24   Q    You had testified earlier that Trifecta was hired
25   to generate leads for Stonebridge; is that correct?



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[95]

1    A    Correct.

2    Q    Do you know what the purpose of those leads were?

3    A    I don't remember.

4    Q    Okay.

5    A    I--I know they were leads for insurance of some

6    sort.  I don't remember what kind.

7    (Reporter/witness discussion to clarify the record.)

8    BY MR. OCHOA:

9    Q    Do you recall whether Trifecta used its call

10   center in Florida to generate leads for Stonebridge?

11   A    Yeah, I do recall that that's where we did the

12   lead generation.

13   Q    Okay.  And those--that call center in Florida

14   received calls as a result of inbound calls; is that right?

15   A    One of the methods, yes.

16   Q    How else would they receive inbound calls?

17   A    What do you mean?

18   Q    Well, you said--

19        Can you read back my question right before that

20   one?

21   (The following was read:

22        "Q  Okay.  And . . . that call center in Florida

23   received calls as a result of inbound calls; is that right?

24        "A  One of the methods, yes.

25        "Q  How else would they receive inbound calls?")



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

[96]

1            THE WITNESS:  So that's what I'm saying.  It

2    doesn't make sense.  You didn't ask a question how they

3    received inbound calls.

4        BY MR. OCHOA:

5        Q    I do that sometimes.  So I'll try to clean up the

6    question.  Other than receiving inbound calls, did the

7    employees at Trifecta's call center market products any

8    other way?

9        A    Yes.

10       Q    How else would they do that?

11       A    I don't recall, but there was many methods used.

12       Q    Okay.  And you can't--you can't remember how they

13   might have done that?

14       A    No, not off the top of my head.  I'd have to look

15   at notes, see if I have any information on it.

16       Q    Okay.  Do you have notes anywhere?

17       A    I'd have to look.  I don't know.  Same way I

18   discovered to see if I had e-mails.

19       Q    Where would you keep notes if you had any?

20       A    I would keep them on my computer.  But I don't

21   think so because that computer's been long gone.

22       Q    Okay.  So can you remember how--do you remember--

23   strike that.  Do you remember whether Stonebridge products

24   were promoted as a result of inbound calls on toll-free

25   telephone numbers?



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

[97]

```
 1        A     So let me make sure I understand the question
 2    before I answer it.
 3        Q     Okay.
 4        A     Do I remember if we generated leads for
 5    Stonebridge on inbound phone calls?
 6        Q     Yeah, that's a fair question.
 7        A     Yes.
 8        Q     Okay.  And did Trifecta sometimes generate inbound
 9    calls through telephone numbers that appeared in text
10    messages?
11        A     Possibly.
12        Q     Did it sometimes do that?
13        A     Not really that much, no, because--let me explain
14    to you the dynamic of it when you buy marketing on that, so
15    you understand it, because you keep asking the same
16    question.
17        Q     Sure.
18        A     So maybe I can clear it up a little bit.  When we
19    bought the marketing, they would want to track the calls
20    that were sent to us, because we paid them on a per-call
21    basis.
22        Q     Uh-huh (Affirmative).
23        A     Whenever we bought marketing, we gave them a
24    toll-free number.  It was routed to a phone number that they
25    provided first, and then from there it was forwarded to our
```



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[98]

1    number.  And then they would match their reports against our

2    reports, and that's how they would figure out the billing.

3        Q    All right.  Let me try to break that down a little

4    bit.  You said they would provide a number first?

5        A    A company that we provided to do text messaging

6    and marketing.  I'm just using a broad term because I don't

7    know which companies they were.

8        Q    Okay.

9        A    They wouldn't provide a number.  We would give

10   them a number to transfer calls to.

11       Q    I see.  Okay.  So Trifecta would provide the

12   telephone numbers?

13       A    Correct.  But theoretically it might not be the

14   number that's marketed, because there was a number of times

15   through our marketing efforts that we've gotten phone calls

16   or we've seen marketing, "Hey, is this you guys?"

17            "That's not us.  That number doesn't look

18   familiar."

19            And then we'd call it.  It would ring to our call

20   center.  That's how we figured out that--the reporting and

21   that's how they matched up the report.

22       Q    I see.  So some companies--some clients that you

23   had would use their own telephone numbers, they would route

24   it to your call centers?

25       A    Correct.



50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[99]

```
1        Q    And that's because--
2        A    They would forward them to--they would be
3   basically through their phone system, forward them to our
4   phone system.
5        Q    I see.  So they had a contract with Trifecta--
6        A    Correct.
7        Q    --Marketing?  I understand.  Okay.  Thank you.
8             But any toll-free telephone numbers that were
9   owned by Trifecta, if someone called that number, would that
10  lead back to Trifecta's call center?
11       A    It would, but a lot of--in a lot of the instances
12  that number wouldn't appear on the marketing material.
13       Q    I understand.
14       A    We bought blocks of them, and there was affiliates
15  we worked with in various different campaigns.
16       Q    I'm not asking about these other phone numbers--
17       A    Okay.
18       Q    --that route.  I'm just asking about the ones that
19  Trifecta owned.
20       A    Yeah.
21       Q    So if you called--and ignore those other ones--so
22  if you called a number that Trifecta owned, it would lead to
23  Trifecta's call center; is that correct?
24       A    Depending on what the number is.
25       Q    Okay.  Can you explain that?
```



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[100]

1      A      Some numbers--some numbers led to my personal cell
2    phone.
3      Q      I see.
4      A      See what I mean?
5           MR. OCHOA:  Got it.  I don't think I have any
6    other questions right now.
7           MS. CHEUNG:  Okay.  Could we just take a quick
8    break?
9           MR. OCHOA:  Sure.  That's fine.
10   (Recess taken, 1:10-1:24 p.m.)
11   EXAMINATION
12   BY-MS.CHEUNG:
13     Q      Mr. Rubenbauer?
14     A      Yes.
15     Q      I'm Tiffany Cheung, again.  I represent
16   Stonebridge Life Insurance Company.  And I wanted to ask you
17   a few questions.
18     A      Okay.
19     Q      You had, I believe, testified earlier about, you
20   know, generally speaking, what services Trifecta performed
21   for Stonebridge Life Insurance Company?
22     A      Uh-huh (Affirmative).
23     Q      Do you remember that, generally?
24     A      Generally, yeah.
25     Q      Did Trifecta ever sell any insurance products to



50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[101]

1    any callers--

2        A    No.

3        Q    --who called in?

4        A    I'm sorry.  I thought you were done.

5        Q    That's all right.

6        A    Getting used to this.  Hopefully I don't have to.

7        Q    I know.  It's hard to know when someone's

8    completely done, so I sympathize.  But let me start over.

9            So did Trifecta ever sell any of Stonebridge's

10   insurance products to any callers who called in to the

11   calling center?

12       A    No.

13       Q    And you had testified that you performed lead

14   generation services for Stonebridge; is that correct?

15       A    Yes.

16       Q    And in connection with lead generation services,

17   did you offer callers an opportunity to receive a call-back

18   from Stonebridge?

19       A    If that was what the requirement was, then we did.

20       Q    Okay.  But you don't remember specifically?

21       A    I don't, no.

22       Q    All right.  Do you remember taking a look at the

23   call-back agreement that we discussed earlier that Mr. Ochoa

24   sent you?  And I can tell you the exact exhibit number.

25       A    Can I look at this?



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

[102]

```
1              MR. OCHOA:  I think it's 46.
2              THE WITNESS:  Okay.
3         BY MS. CHEUNG:
4         Q     All right.  Now, other than any services that
5    you--that Trifecta performed in connection with this
6    agreement, did Trifecta perform any other services for
7    Stonebridge Life Insurance Company?
8         A     No.
9         Q     While you were president of Trifecta, did you run
10   the day-to-day operations of Trifecta?
11        A     Yes.
12        Q     And beyond the contractual relationship that's
13   referenced in this call-back agreement, did Stonebridge Life
14   Insurance Company control or have any right to control
15   Trifecta's day-to-day operations?
16        A     No.
17        Q     Did Stonebridge have control or any right to
18   control the services that Trifecta provided to any other
19   clients?
20        A     No.
21        Q     Did Stonebridge control or have any right to
22   control Trifecta's management of its own employees?
23        A     No.
24        Q     Did Stonebridge control or have any right to
25   control how Trifecta generated inbound calls?
```



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[103]

1    A    Yes.

2    Q    All right.  And let's just break that--that down a

3  little bit.  Now, when you talk about inbound calls, are you

4  just talking about the fact that what--well, let's--let's be

5  very specific.  To the extent that Stonebridge had any

6  control, is it--is it contained just within what's in the

7  call-back agreement?

8    A    No.

9    Q    Okay.  What do you mean by that?

10    A    Any method of marketing would be prevalent to any

11  client.

12    Q    I see.  Okay.  So you're just talking about the

13  fact that, you know, a client might be interested in

14  marketing in general?

15    A    Yeah, general, basically, however it's derived.

16    Q    All right.  Did Stonebridge, though, have a right

17  to control how you--how you generated any marketing?

18    A    No.

19    Q    And did Stonebridge--for example, if Stonebridge

20  had told you not to ever market through radio, would

21  Trifecta have been required to follow those instructions?

22    A    Yes.

23    Q    With respect to all your clients?

24    A    No, just Stonebridge.

25    Q    All right.  So--so again, whatever--to whatever



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

[106]

1              MR. OCHOA:   Give me one second to find it.

2              MS. CHEUNG:   Uh-huh (Affirmative).

3              THE WITNESS:   This is it (Indicating).

4              MR. OCHOA:   Okay.   Got it.

5         BY MS. CHEUNG:

6         Q     Do you have it?

7         A     Yeah.

8         Q     You had discussed earlier, and it looks like this

9    is potentially a script related to Stonebridge Life

10   Insurance Company.   Do you remember that?

11        A     Yes.

12        Q     Do you remember ever making any revisions to this

13   script?

14        A     I don't recall.

15        Q     Were the text messages that were sent for Trifecta

16   only sent to consumers who provided prior express consent?

17             MR. OCHOA:   Objection.   Lack of foundation.

18        BY MS. CHEUNG:

19        Q     Go ahead and answer.

20        A     What was the question?

21        Q     We talked about the text messages that were sent

22   for Trifecta by other companies.   Were these text messages

23   only sent to consumers who provided prior express consent?

24        A     I'm not able to answer that question, because we

25   didn't send them.



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[107]

1     Q    So you don't know either way?

2     A    Yeah.

3     Q    Was it your understanding that they would be sent

4  to only consumers who had provided prior express consent?

5     A    Yes.

6         MR. OCHOA:  I'm sorry.  I just want to object to

7  the last question.  It calls for a legal conclusion.

8  BY MS. CHEUNG:

9     Q    During the time that you performed services for

10  Stonebridge Life Insurance Company, did you perform services

11  for other clients?

12     A    Yes.

13     Q    Were other clients' products offered at the--in

14  the same call as the Stonebridge call-back?

15     A    I don't recall.

16     Q    Trifecta--you had previously testified that

17  Trifecta hired other companies to send text messages,

18  correct?

19     A    Correct.

20     Q    Did Stonebridge ever supervise or direct the

21  manner by which those text messages were sent?

22     A    No.

23     Q    Did Stonebridge have any control over the

24  distribution of those text messages?

25         MR. OCHOA:  Object.  Lack of foundation.



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[114]

1    first--

2              THE WITNESS:  Sure.

3              MR. OCHOA:  --if that's okay.  Thanks.

4    (Recess taken, 1:44-1:53 p.m.)

5    FURTHER EXAMINATION

6    BY-MR.OCHOA:

7        Q    I just had a couple follow-up questions.

8        A    Sure.

9        Q    You testified earlier that Trifecta did not send

10   any text messages on its own but rather it hired companies

11   on its behalf to send text messages; is that correct?

12       A    Correct.

13       Q    Was it your testimony that you can't recall the

14   names of all those companies?

15       A    Correct.

16       Q    Okay.  Can you recall any of the numbers used to

17   send text messages by these companies?

18       A    No.

19             MR. OCHOA:  Okay.  I have nothing else.

20             THE WITNESS:  Okay.

21             MS. CHEUNG:  May I ask one quick follow-up,

22   actually?

23   FURTHER EXAMINATION

24   BY-MS.CHEUNG:

25       Q    And this is related to what I'd asked before about



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

[115]

1     the callers who would call in to Trifecta's calling centers.

2     And my question is, during the time that Trifecta performed

3     services for Stonebridge, you had mentioned that there were

4     other clients that Trifecta performed services for, right?

5          A    Correct.

6          Q    So during the time that Trifecta performed

7     services for Stonebridge, did every caller into the call-in

8     center get offered the Stonebridge call-back?

9          A    No.

10              MS. CHEUNG:   That's it.

11              MR. OCHOA:   Just one follow-up.

12    FURTHER EXAMINATION

13    BY-MR.OCHOA:

14         Q    How do you know that Stonebridge was not offered--

15    how do you know that Stonebridge was not offered on every

16    inbound call?

17         A    There's a transition of scripting.  Stonebridge

18    was not considered--it wasn't the lead-in sale or the reason

19    why the people called in.

20         Q    Uh-huh (Affirmative).

21         A    Every sale--there was always--there's a market

22    avenue.  Nobody was going to call--nobody called in for the

23    Stonebridge marketing avenue.

24         Q    What do you mean when you say "marketing avenue"?

25         A    So like when you place--I'll just use something in



THACKER+Co
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

[116]

1   today's day:  McDonald's says, you know, one-dollar

2   hamburgers, right?  You're going to McDonald's for the one-

3   dollar hamburgers, but "I'll take a soda with that too."

4   Stonebridge was the soda.

5       Q    I see.  So Stonebridge would have been offered

6   second on the calls, or third?

7       A    Theoretically, it could be any--in a different

8   position.  Who knows--it could have been second.  It could

9   have been third.  I don't know.

10              MR. OCHOA:  Okay.  Thank you.

11              THE WITNESS:  Is that it?

12              MR. OCHOA:  I have nothing further.

13              MS. CHEUNG:  I have nothing.

14              MR. OCHOA:  Do you have anything?

15              MS. CROWLEY:  No.

16              THE REPORTER:  Who wanted copies?

17              THE WITNESS:  Of the--today?

18              THE REPORTER:  Yeah, I'm asking these guys.

19              MS. CROWLEY:  I asked Alex to let me know if there

20   was any format or--I haven't heard back, but I've got your

21   card.

22   (A discussion was held off the record.)

23              THE REPORTER:  Ms. Cheung, did you want one?

24              MS. CHEUNG:  I do.  And let me--let me check on--I

25   thought maybe we arranged for something, or maybe we haven't



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

Alois Rubenbauer

8/9/2012

1    yet, but I would like a copy.  And normal turnaround is

2    fine.

3    (Deposition concluded at 1:55 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



THACKER+CO
ThackerCo.com

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 | 877-441-2180
Fax: 801-983-2181

1                                CERTIFICATE

2

3     State of Utah           )
                              ss.
4     County of Salt Lake )

5

6

7          I hereby certify that the witness in the foregoing

8     deposition was duly sworn to testify to the truth, the

9     whole truth, and nothing but the truth in the

10    within-entitled cause;

11         That said deposition was taken at the time and place

12    herein named;

13         That the testimony of said witness was reported by me

14    in stenotype and thereafter transcribed into typewritten

15    form.

16         I further certify that I am not of kin or otherwise

17    associated with any of the parties of said cause of action

18    and that I am not interested in the event thereof.

19    ┌─────────────────────────────┐
      │          Notary Public          │
20    │      SCOTT M. KNIGHT         │
      │   Commission Number 656394  │
      │     My Commission Expires      │
21    │         June 19, 2016          │
      │        State of Utah           │
      └─────────────────────────────┘        _Scott M. Knight_

22                            Scott M. Knight, RPR
                             Utah License Number 110171-7801

23

24

25

# Exhibit 5



PBX-Change
5706 Benjamin Center Drive
Suite 116
Tampa, FL  33634

| Invoice date | Invoice # | Customer # |
|---|---|---|
| **Oct 19th, 2010** | **31536** | **3998**<br>Old #:**7273028119** |

# INVOICE

**Accounts payable**
Trifecta Marketing Group
3985 Gateway Centre Blvd
Suite 200
Pinellas Park, FL 33782

**Service Address**
Call Center - Pinellas Park
3985 Gateway Centre Blvd \#200
Pinellas Park, FL 33782

Terms: Payable upon receipt

## CHARGES

| Ref | Description | Amount |
|---|---|---|
| 26765 | **10 Toll Free Phone Numbers (DID) (10/19/10 - 11/01/10)** | $6.29 |
| | TF DID: 8777285608, 8777285886, 8777285903, 8777287944, 8777288045 | |
| | TF DID: 8772341724, 8773370033, 8773371407, 8773376649, 8773382942 | |
| 26770 | **10 Toll Free Phone Numbers (DID) (10/19/10 - 11/01/10)** | $6.29 |
| | TF DID: 8777285731, 8777285890, 8777287284, 8777288044, 8777288671 | |
| | TF DID: 8772357755, 8773371280, 8773375456, 8773378011, 8773385252 | |
| 26768 | **10 Toll Free Phone Numbers (DID) (10/19/10 - 11/01/10)** | $6.29 |
| | TF DID: 8773974363, 8773974365, 8773974367, 8773974369, 8773977611 | |
| | TF DID: 8773385345, 8773387225, 8773391122, 8773395327, 8773405777 | |
| 26773 | **10 Toll Free Phone Numbers (DID) (10/19/10 - 11/01/10)** | $6.29 |
| | TF DID: 8773974364, 8773974366, 8773974368, 8773977604, 8773977618 | |
| | TF DID: 8773385392, 8773388113, 8773391557, 8773397117, 8773416120 | |
| 26774 | **10 Level 3 Phone Numbers (DID) (10/19/10 - 11/01/10)** | $6.29 |
| | TF DID: 8778431992, 8778440482, 8778442732, 8778444799, 8778445395 | |
| | TF DID: 8773420287, 8773420428, 8773420501, 8773421245, 8773421382 | |
| 26772 | **10 Toll Free Phone Numbers (DID) (10/19/10 - 11/01/10)** | $6.29 |
| | TF DID: 8778432169, 8778440641, 8778444798, 8778444939, 8778448456 | |
| | TF DID: 8773420421, 8773420497, 8773420545, 8773421318, 8773421391 | |
| 26766 | **10 Toll Free Phone Numbers (DID) (10/19/10 - 11/01/10)** | $6.29 |
| | TF DID: 8775759206, 8775759458, 8775759461, 8775759466, 8775759469 | |
| | TF DID: 8774090004, 8774091122, 8774091359, 8774099363, 8774099377 | |
| 26769 | **10 Toll Free Phone Numbers (DID) (10/19/10 - 11/01/10)** | $6.29 |
| | TF DID: 8775759302, 8775759460, 8775759465, 8775759468, 8775759512 | |
| | TF DID: 8774090265, 8774091352, 8774099362, 8774099364, 8774099380 | |
| 26767 | **10 Toll Free Phone Numbers (DID) (10/19/10 - 11/01/10)** | $6.29 |
| | TF DID: 8774376790, 8774380482, 8774389007, 8774390044, 8774390276 | |
| | TF DID: 8777115429, 8777115436, 8777115440, 8777115443, 8777115448 | |
| 26771 | **10 Toll Free Phone Numbers (DID) (10/19/10 - 11/01/10)** | $6.29 |
| | TF DID: 8774377870, 8774383137, 8774389494, 8774390066, 8774395599 | |
| | TF DID: 8777115430, 8777115439, 8777115442, 8777115446, 8777115449 | |
| 26764 | **Ordering Fee for 100 new tll free numbers** | $250.00 |



| 26790 | Toll Free Usage Oct 10 - Oct 17 / 2010 | $3755.59 |
|---|---|---|
| | 197,662.7 min | |
| 26793 | Interstate Usage Oct 10 - Oct 17 / 2010 | $649.55 |
| | 59,050.1 min | |
| 26794 | Intra-state Usage Usage Oct 10 - Oct 17 / 2010 | $52.04 |
| | 4,730.9 min | |
| 26795 | USF Fees on TF & LD Usage Oct 10 - 17/2010 - 12.9% | $574.98 |
| 26796 | Local Inbound Usage Oct 10 - Oct 17 / 2010 | $56.78 |
| | 5,161.5 min | |
| | Total | $5401.84 |

**NEW CHARGES SUB-TOTAL $5401.84**

## TAXES, SURCHARGES, AND FEES

| Ref | Description | Amount |
|---|---|---|
| | **PINELLAS County CST (State 6.8%, GR 2.37%, Local 6.0%)** | $781.53 |
| | Taxes, Surcharges, and Fees Total | $781.53 |

**NEW CHARGES TOTAL $6183.37**

## CREDITS, PAYMENTS, AND ADJUSTMENTS

| Ref | Description | Amount |
|---|---|---|
| | **Payment received 11/01/10** | $6183.37 |
| | Credits, Payments, and Adjustments Total | $6183.37 |

**Balance Due - Payable upon receipt $0.00**

## NOTES

1. Thank you for choosing PBX-Change as your Premier VoIP Service Provider.
2. Tech support is available at support@PBX-Change.com or 813.356.0100.
3. For billing inquiries please e-mail billing@PBX-Change.com or call us at (813)243-8850 option 3.
4. Note: All past due amounts are subject to a 15.00 Late Payment Penalty. Service is subject to interruption if invoice remains unpaid until 10th of following month.

PBX-Change   Flexible technology for voice and data

# Exhibit 6



PBX-Change
5706 Benjamin Center Drive
Suite 116
Tampa, FL 33634

| | | |
|---|---|---|
| Invoice date **Oct 20th, 2010** | Invoice # **31537** | Customer # **3998** Old #:**7273028119** |

# INVOICE

**Accounts payable**
Trifecta Marketing Group
3985 Gateway Centre Blvd
Suite 200
Pinellas Park, FL 33782

**Service Address**
Call Center - Pinellas Park
3985 Gateway Centre Blvd \#200
Pinellas Park, FL 33782

Terms: Payable upon receipt

## CHARGES

| Ref | Description | Amount |
|---|---|---|
| 26765 | **10 Toll Free Phone Numbers (DID) (11/01/10 - 12/01/10)** | $15.00 |
| | TF DID: 8777285608, 8777285886, 8777285903, 8777287944, 8777288045 | |
| | TF DID: 8772341724, 8773370033, 8773371407, 8773376649, 8773382942 | |
| 26770 | **10 Toll Free Phone Numbers (DID) (11/01/10 - 12/01/10)** | $15.00 |
| | TF DID: 8777285731, 8777285890, 8777287284, 8777288044, 8772288671 | |
| | TF DID: 8772357755, 8773371280, 8773375456, 8773378011, 8773385252 | |
| 26768 | **10 Toll Free Phone Numbers (DID) (11/01/10 - 12/01/10)** | $15.00 |
| | TF DID: 8773974363, 8773974365, 8773974367, 8773974369, 8773977611 | |
| | TF DID: 8773385345, 8773387225, 8773391122, 8773395327, 8773405777 | |
| 26773 | **10 Toll Free Phone Numbers (DID) (11/01/10 - 12/01/10)** | $15.00 |
| | TF DID: 8773974364, 8773974366, 8773974368, 8773977604, 8773977618 | |
| | TF DID: 8773385392, 8773388113, 8773391557, 8773397117, 8773416120 | |
| 26774 | **10 Level 3 Phone Numbers (DID) (11/01/10 - 12/01/10)** | $15.00 |
| | TF DID: 8778431992, 8778440482, 8778442732, 8778444799, 8778445395 | |
| | TF DID: 8773420287, 8773420428, 8773420501, 8773421245, 8773421382 | |
| 26772 | **10 Toll Free Phone Numbers (DID) (11/01/10 - 12/01/10)** | $15.00 |
| | TF DID: 8778432169, 8778440641, 8778444798, 8778444939, 8778448456 | |
| | TF DID: 8773420421, 8773420497, 8773420545, 8773421318, 8773421391 | |
| 26766 | **10 Toll Free Phone Numbers (DID) (11/01/10 - 12/01/10)** | $15.00 |
| | TF DID: 8775759206, 8775759458, 8775759461, 8775759466, 8775759469 | |
| | TF DID: 8774090004, 8774091122, 8774091359, 8774099363, 8774099377 | |
| 26769 | **10 Toll Free Phone Numbers (DID) (11/01/10 - 12/01/10)** | $15.00 |
| | TF DID: 8775759302, 8775759460, 8775759465, 8775759468, 8775759512 | |
| | TF DID: 8774090265, 8774091352, 8774099362, 8774099364, 8774099380 | |
| 26767 | **10 Toll Free Phone Numbers (DID) (11/01/10 - 12/01/10)** | $15.00 |
| | TF DID: 8774376790, 8774380482, 8774389007, 8774390044, 8774390276 | |
| | TF DID: 8777115429, 8777115436, 8777115440, 8777115443, 8777115448 | |
| 26771 | **10 Toll Free Phone Numbers (DID) (11/01/10 - 12/01/10)** | $15.00 |
| | TF DID: 8774377870, 8774383137, 8774389494, 8774390066, 8774395599 | |
| | TF DID: 8777115430, 8777115439, 8777115442, 8777115446, 8777115449 | |
| | Total | $150.00 |



EXHIBIT
41
FENGAD 800-631-6989

**NEW CHARGES SUB-TOTAL $150.00**

## TAXES, SURCHARGES, AND FEES

| Ref | Description | Amount |
|-----|-------------|--------|
| | PINELLAS County CST (State 6.8%, GR 2.37%, Local 6.0%) | $22.76 |
| | Taxes, Surcharges, and Fees Total | $22.76 |

**NEW CHARGES TOTAL $172.76**

## CREDITS, PAYMENTS, AND ADJUSTMENTS

| Ref | Description | Amount |
|-----|-------------|--------|
| | Payment received 11/03/10 | $172.76 |
| | Credits, Payments, and Adjustments Total | $172.76 |

**Balance Due - Payable upon receipt $0.00**

## NOTES

1. Thank you for choosing PBX-Change as your Premier VoIP Service Provider.
2. Tech support is available at support@PBX-Change.com or 813.356.0100.
3. For billing inquiries please e-mail billing@PBX-Change.com or call us at (813)243-8850 option 3.
4. Note: All past due amounts are subject to a 15.00 Late Payment Penalty. Service is subject to interruption if invoice remains unpaid until 10th of following month.

PBX-Change   Flexible technology for voice and data

Exhibit 7



PBX-Change
5706 Benjamin Center Drive
Suite 116
Tampa, FL  33634

| Invoice date | Invoice # | Customer # |
|---|---|---|
| **Nov 11th, 2010** | **31672** | **3998** |
| | | Old #.7273028119 |

# INVOICE

**Accounts payable**
Trifecta Marketing Group
3985 Gateway Centre Blvd
Suite 200
Pinellas Park, FL 33782

**Service Address**
Call Center - Pinellas Park
3985 Gateway Centre Blvd #200
Pinellas Park, FL. 33782

Terms: Payable upon receipt

## CHARGES

| Ref | Description | Amount |
|---|---|---|
| 6982 | **4 Phone Numbers (DID) (12/01/10 - 01/01/11)** | **$6.00** |
| | DID: 6232394511, 6232394512, 6232394513, 6232394514 | |
| | Phoenix inbound only | |
| 23577 | **1 Phone Number (DID) (12/01/10 - 01/01/11)** | **$1.50** |
| | DID: 7272104700 | |
| | Around the World Printing | |
| 23580 | **10 Phone Numbers (DID) (12/01/10 - 01/01/11)** | **$15.00** |
| | DID: 7272104701, 7272104702, 7272104703, 7272104704, 7272104705, 7272104706 | |
| | DID: 7272104707, 7272104708, 7272104709, 7272104710 | |
| | Around the World Printing | |
| 23581 | **10 Phone Numbers (DID) (12/01/10 - 01/01/11)** | **$15.00** |
| | DID: 7272104711, 7272104712, 7272104713, 7272104714, 7272104715, 7272104716 | |
| | DID: 7272104717, 7272104718, 7272104719, 7272104720 | |
| | Around the World Printing | |
| 23583 | **1 Phone Number (DID) (12/01/10 - 01/01/11)** | **$1.50** |
| | DID: 7272104721 | |
| | Around the World Printing | |
| 25465 | **4 Phone Numbers (DID) (12/01/10 - 01/01/11)** | **$6.00** |
| | DID: 7273028119 (BTN), 7273028116 (Fax ) | |
| | DID: 7273028114 (Inbound & local outbound), 7273028115 (Impulse Local) | |
| 26749 | **9 Phone Numbers (DID) (12/01/10 - 01/01/11)** | **$13.50** |
| | DID: 8134187640, 8136398132, 8134186377, 8134638722, 8134186382, 8134632313 | |
| | DID: 8134632312, 7274984789, 7274981853 | |
| 26747 | **10 Phone Numbers (DID) (12/01/10 - 01/01/11)** | **$15.00** |
| | DID: 7273698856, 7274981744, 7275654984, 7275654732, 7274980792, 7274984180 | |
| | DID: 7274981741, 7274981753, 7275654749, 7274984126 | |
| 8033 | **5 Phone Numbers (DID) (12/01/10 - 01/01/11)** | **$7.50** |
| | DID: 7274985679, 7274985680, 7274982476, 7275649776, 7274985682 | |
| 8028 | **10 Phone Numbers (DID) (12/01/10 - 01/01/11)** | **$15.00** |
| | DID: 7274985681, 7274985690, 7275649788, 7274985688, 7275649492, 7274982475 | |
| | DID: 7275649491, 7275649490, 7274982477, 7274985684 | |
| 22853 | **3 Phone Numbers (DID) (12/01/10 - 01/01/11)** | **$4.50** |
| | DID: 7274985683, 7274985687, 7274985833 | |
| 8029 | **10 Phone Numbers (DID) (12/01/10 - 01/01/11)** | **$15.00** |
| | DID: 7274985689, 7274982474, 7275649725, 7274985686, 7274982478, 7275654665 | |
| | DID: 7274985691, 7274985685, 7273696509, 7275649681 | |



EXHIBIT

42

PENGAD 800-651-6989

| | | |
|---|---|---:|
| 25466 | **5 Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)**<br>TF DID: 8009630712, 8009630713, 8009632942, 8009635992, 8009636097 | $10.00 |
| 26748 | **10 Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8135794098, 8137744583, 8134187629, 8137743811, 8134632310, 8137743831<br>DID: 8137744538, 8134632311, 8135794608, 8134187633 | $15.00 |
| 8026 | **10 Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8137745150, 8137745126, 8133210199, 8136398842, 8135791623, 8139900538<br>DID: 8136398719, 8137743825, 8137743079, 8134638542 | $15.00 |
| 8032 | **Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8135791270, 8133210118, 8136398827, 8135792881 | $7.50 |
| 8027 | **10 Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8137743775, 8137743816, 8137745147, 8137745127, 8136398852, 8135791624<br>DID: 8137743828, 8136398645, 8136398838, 8136398037 | $15.00 |
| 8030 | **5 Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)**<br>TF DID: 8772751148, 8772760980, 8772760982, 8772761250, 8772760954 | $10.00 |
| 8031 | **5 Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)**<br>TF DID: 8772761254, 8772764179, 8772767991, 8772768611, 8772768924 | $10.00 |
| 9252 | **5 Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)**<br>TF DID: 8773019899, 8773019902, 8773019904, 8773019907, 8773019922 | $10.00 |
| 9253 | **5 Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)**<br>TF DID: 8773019901, 8773019903, 8773019905, 8773019908, 8773019923 | $10.00 |
| 26765 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8777285608, 8777285886, 8777285903, 8777287944, 8777288045<br>TF DID: 8772341724, 8773370033, 8773371407, 8773376649, 8773382942 | $15.00 |
| 26770 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8777285731, 8777285890, 8777287284, 8777288044, 8777288671<br>TF DID: 8772357755, 8773371280, 8773375456, 8773378011, 8773385252 | $15.00 |
| 10736 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8773397694, 8773397695, 8773397696, 8773397698, 8773397699<br>TF DID: 8773397711, 8773397712, 8773397713, 8773397714, 8773397715 | $20.00 |
| 26768 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8773974363, 8773974365, 8773974367, 8773974369, 8773977611<br>TF DID: 8773385345, 8773387225, 8773391122, 8773395327, 8773405777 | $15.00 |
| 26773 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8773974364, 8773974366, 8773974368, 8773977604, 8773977618<br>TF DID: 8773385392, 8773388113, 8773391557, 8773397117, 8773416120 | $15.00 |
| 26774 | **10 Level 3 Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8778431992, 8778440482, 8778442732, 8778444799, 8778445395<br>TF DID: 8773420287, 8773420428, 8773420501, 8773421245, 8773421382 | $15.00 |
| 26772 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8778432169, 8778440641, 8778444798, 8778444939, 8778448456<br>TF DID: 8773420421, 8773420497, 8773420545, 8773421318, 8773421391 | $15.00 |
| 26766 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8775759206, 8775759458, 8775759461, 8775759466, 8775759469<br>TF DID: 8774090004, 8774091122, 8774091359, 8774099363, 8774099377 | $15.00 |
| 26769 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8775759302, 8775759460, 8775759465, 8775759468, 8775759512<br>TF DID: 8774090265, 8774091352, 8774099362, 8774099364, 8774099380 | $15.00 |
| 9689 | **4 Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)** | $8.00 |

TF DID: 8774324758, 8774351404, 8774351405, 8774351406

| ID | Description | Amount |
|---|---|---|
| 25470 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8774481971, 8774481972, 8774481973, 8774481974, 8774481975, 8774481977<br>DID: 8774481978, 8774481979, 8774481981, 8774481982 | $20.00 |
| 25469 | **10 Level 3 Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8774482955, 8774482957, 8774482958, 8774482959, 8744482960, 8774482961<br>DID: 8774482963, 8774482964, 8774482966, 8774482967 | $20.00 |
| 25474 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8774485773, 8774485776, 8774485779, 8774485784, 8774485786, 8774485787<br>DID: 8774485788, 8774485789, 8774485790, 8774485791 | $20.00 |
| 25468 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8774486686, 8774486974, 8774487013, 8774487014, 8774487015, 8774487016<br>DID: 8774487017, 8774487021, 8774487022, 8774487023 | $20.00 |
| 10735 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8774566274, 8774566280, 8774566289, 8774566357, 8774566360<br>TF DID: 8774566361, 8774566367, 8774566369, 8774566370, 8774566371 | $20.00 |
| 6978 | **Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)**<br>TF DID: 8774754180, 8774814909, 8774814910, 8775325967, 8775325968 | $10.00 |
| 6979 | **Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)**<br>TF DID: 8775325969 | $2.00 |
| 10733 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8775352339, 8775352364, 8775352366, 8775352367, 8775352369<br>TF DID: 8775352370, 8775352371, 8775352372, 8775352375, 8775352376 | $20.00 |
| 25473 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8775544631, 8775544634, 8775544645, 8775544649, 8775544650, 8775544659<br>DID: 8775544660, 8775544661, 8775544668, 8775544669 | $20.00 |
| 8034 | **5 Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)**<br>TF DID: 8776123984, 8776124046, 8776124047, 8776124048, 8776124049 | $10.00 |
| 8035 | **5 Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)**<br>TF DID: 8776124051, 8776124052, 8776124056, 8776124058, 8776124060 | $10.00 |
| 25471 | **10 Level 3 Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8776635057, 8776635339, 8776635345, 8776635410, 8776635411, 8776635412<br>DID: 8776635413, 8776635414, 8776635415, 8776635416 | $20.00 |
| 9619 | **9 Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)**<br>TF DID: 8776804175, 8776804177, 8776804179, 8776804183, 8776804176<br>TF DID: 8776804178, 8776804180, 8776804182, 8776804184 | $18.00 |
| 26767 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8774376790, 8774380482, 8774389007, 8774390044, 8774390276<br>JI DID: 8777115429, 8777115436, 8777115440, 8777115443, 8777115448 | $15.00 |
| 26771 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8774377870, 8774383137, 8774389494, 8774390066, 8774395599<br>TF DID: 8777115430, 8777115439, 8777115442, 8777115446, 8777115449 | $15.00 |
| 10734 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8777750388, 8777750389, 8777750390, 8777750456, 8777750527<br>TF DID: 8777750529, 8777750530, 8777750531, 8777750532, 8777750533 | $20.00 |
| 10732 | **5 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>TF DID: 8777864902, 8777864903, 8777864904, 8777864906, 8777864907 | $10.00 |
| 25472 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)**<br>DID: 8777958768, 8777958769, 8777958770, 8777958771, 8777958772, 8777958773 | $20.00 |

| Ref | Description | Amount |
|---|---|---|
| | DID: 8777958775, 8777958776, 7777958779, 8777958781 | |
| 25467 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)** | $20.00 |
| | DID: 8778591841, 8778591842, 8778591843, 8778593740, 8778595601, 8778595612 | |
| | DID: 8778595615, 8778595616, 8778595617, 8778595618 | |
| 25476 | **10 Toll Free Phone Numbers (DID) (12/01/10 - 01/01/11)** | $20.00 |
| | DID: 8778595619, 8778595620, 8778595621, 8778595624, 8778595628, 8778595630 | |
| | DID: 8778595631, 8778595632, 8778595635, 8778595636 | |
| 25475 | **10 Phone Numbers (DID) (12/01/10 - 01/01/11)** | $15.00 |
| | DID: 8778595637, 8778595639, 8778595640, 8778595641, 8778595642, 8778595643 | |
| | DID: 8778595645, 8778595647, 8778595648, 8778595649 | |
| 22975 | **1 Toll Free Phone number (TF DID) (12/01/10 - 01/01/11)** | $2.00 |
| | TF DID: 8887515186 (Around the World Printing) | |
| 23002 | **1 Phone Number (DID) (12/01/10 - 01/01/11)** | $1.50 |
| | DID: 9412091694 | |
| 24875 | **1 Phone Number (DID) (12/01/10 - 01/01/11)** | $1.50 |
| | DID: 9414624329 | |
| | Wam Media Group | |
| 23576 | **1 - E911 Fees - per DID (12/01/10 - 01/01/11)** | $1.00 |
| | Around the World Printing | |
| 23579 | **10 - E911 Fees - per DID (12/01/10 - 01/01/11)** | $10.00 |
| | Around the World Printing | |
| 23582 | **1 - E911 Fees - per DID (12/01/10 - 01/01/11)** | $1.00 |
| | Around the World Printing | |
| 24874 | **1 - E911 Fees - per DID (12/01/10 - 01/01/11)** | $1.00 |
| 22854 | **10 - E911 Fees - per DID (12/01/10 - 01/01/11)** | $10.00 |
| 6984 | **2 Phone Line with Domestic LD (12/01/10 - 01/01/11)** | $60.00 |
| 6987 | **2 - E911 Fees - per DID (12/01/10 - 01/01/11)** | $2.00 |
| 23578 | **10 - E911 Fees - per DID (12/01/10 - 01/01/11)** | $10.00 |
| | Around the World Printing | |
| | Total | $811.00 |

**NEW CHARGES SUB-TOTAL $811.00**

## TAXES, SURCHARGES, AND FEES

| Ref | Description | Amount |
|---|---|---|
| | PINELLAS County CST (State 6.8%, GR 2.37%, Local 6.0%) | $113.02 |
| | Taxes, Surcharges, and Fees Total | $113.02 |

**NEW CHARGES TOTAL $924.02**

## CREDITS, PAYMENTS, AND ADJUSTMENTS

| Ref | Description | Amount |
|---|---|---|
| | Payment received 12/06/10 | $924.02 |
| | Credits, Payments, and Adjustments Total | $924.02 |

**Balance Due - Payable upon receipt $0.00**

NOTES

1. Thank you for choosing PBX-Change as your Premier VoIP Service Provider.
2. Tech support is available at support@PBX-Change.com or 813.356.0100.
3. For billing inquiries please e-mail billing@PBX-Change.com or call us at (813)243-8850 option 3.
4. Note. All past due amounts are subject to a 15.00 Late Payment Penalty. Service is subject to interruption if invoice remains unpaid until 10th of following month.

PBX-Change  Flexible technology for voice and data

# Exhibit 8

## (Filed Under Seal)

# Exhibit 9

## (Filed Under Seal)

# Exhibit 10
## (Filed Under Seal)

# Exhibit 11

## (Filed Under Seal)

# Exhibit 12

T-Mobile USA
Law Enforcement Relations Group
4 Sylvan Way
Parsippany, New Jersey 07054
Phone (973) 292-8911
Fax (973) 292-8697

**Date   Jun 27, 2012**

**RYAN ANDREWS**

**CHICAGO, IL**

**Dear ANDREWS**

This is in response to the Civil Subpoena , dated Jun 08, 2012, and served upon T-Mobile USA, Inc. on Jun 27, 2012. This subpoena requests Subscriber Information for the T-Mobile subscriber associated with MSISDN: 650-283-0793.

A search of our subscriber database discloses the following information:

| | |
|---|---|
| Billing Account Number: | **55553737** |
| Billing Account Status: | **Deactivated** |
| Billing Account Name: | **vincent none montalbano** |
| Date of Birth: | **11/27/1990** |
| Social Security Number: | |
| Company Name: | **N/A** |
| Address: | **none none, none** |
| Telephone 1: | **N/A** |
| Telephone 2: | **N/A** |
| IMSI: | **310260434427230** |
| Mobile Number: | **650-283-0793** |
| Mobile Number Name: | **vincent none montalbano** |
| Date Account Established: | **11/15/2010** |
| MSISDN Status: | **Deactivated** |
| Disconnect Type and Date: | **Deactivated 01/31/2011** |
| Post Paid/Pre-Paid: | **Pre-Paid** |
| Last Refill Date: | **11-27-2010** |
| Ported Indicator: | **N/A** |

Original materials follow via US Mail.

**Should you have any questions regarding this information please feel free to contact me at your convenience. My direct telephone number is: 973-292-8681.**

Very truly yours,

_____

**Vanessa Dunston**
T-Mobile Law Enforcement Relations Group

# Exhibit 13

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

*sunbiz*

Previous on List     Next on List     Return To List

Events          No Name History

## Detail by Entity Name

## Florida Limited Liability Company

IMPULSE MARKETING LLC

## Filing Information

| | |
|---|---|
| **Document Number** | L09000015714 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 02/17/2009 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/24/2010 |
| **Event Effective Date** | NONE |

## Principal Address

3985 GATEWAY CENTER BLVD.
PINELLAS PARK FL 33782

Changed 07/27/2009

## Mailing Address

3985 GATEWAY CENTER BLVD.
PINELLAS PARK FL 33782

Changed 07/27/2009

## Registered Agent Name & Address

BAKER, GARY H
3993 ARLINGTON DRIVE
PALM HARBOR FL 34685 US

## Manager/Member Detail

**Name & Address**

Title MGRM

MONTALBANO, JOSEPH A
13779 58TH ST. NORTH, SUITE 312
CLEARWATER FL 33760

## Annual Reports

www.sunbiz.org - Department of State                    http://sunbiz.org/scripts/cordet.exe?action=DETFIL&inq_doc...

**No Annual Reports Filed**

**Document Images**

08/02/2010 -- CORLCMMRES          ( View image in PDF format )

07/27/2009 -- ADDRESS CHANGE      ( View image in PDF format )

02/17/2009 -- Florida Limited Liability  ( View image in PDF format )

02/17/2009 -- CORLCMMRES          ( View image in PDF format )

| **Note:** This is not official record. See documents if question or conflict. |

Previous on List      Next on List      Return To List

Events               **No Name History**

Entity Name Search

( Submit )

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State

# Exhibit 14

(Filed Under Seal)

# Exhibit 15
(Filed Under Seal)

# Exhibit 16

Sean Reis (SBN 184044)
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123
sreis@edelson.com

Ryan Andrews (*Pro Hac Vice*)
randrews@edelson.com
John C. Ochoa (*Pro Hac Vice*)
jochoa@edelson.com
Edelson McGuire, LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA LEE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation, and TRIFECTA MARKETING GROUP, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.  CV 11-0043-RS<br><br>**PLAINTIFF'S PARTIAL RESPONSE TO DEFENDANT STONEBRIDGE LIFE INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES**<br><br>Judge:  Hon. Richard Seeborg |

1        Plaintiff Jessica Lee ("Plaintiff"), by and through her attorneys, pursuant to Rules 26 and

2    33 of the Federal Rules of Civil Procedure, hereby responds in part to Defendant Stonebridge Life

3    Insurance Company's ("Defendant" or "Stonebridge") First Set of Interrogatories (the

4    "Interrogatories") as follows:

5                         ***General Objections***

6        The following general objections apply to all Interrogatories, definitions and instructions,

7    regardless of whether specific objections are also made.  By providing information or documents

8    in response to an Interrogatory, Plaintiff does not waive any objection she may have to the

9    Interrogatory.

10        1.     Plaintiff objects to each Interrogatory, definition, and instruction, to the extent they

11    seek or call for the production or disclosure of information protected by the attorney-client

12    privilege and the work product doctrine, or any other applicable privilege or doctrine.  By

13    responding to any interrogatory, Plaintiff does not waive, and hereby retains, any applicable

14    privilege or doctrine as to that interrogatory, or any other supplemental interrogatories.

15        2.     Plaintiff objects to each interrogatory, definition, and instruction, to the extent they

16    seek or call for the production or disclosure of any confidential, sensitive, or otherwise private

17    information or documents of Plaintiff.  By responding to any interrogatory, Plaintiff does not

18    waive, and hereby retains, the right to object to the disclosure or production of such information

19    or documents and to declare such information or documents confidential or for "Attorneys Eyes

20    Only."

21        3.     In the event that privileged or confidential information or documents are produced

22    or disclosed, the production or disclosure, unless otherwise expressly stated to the contrary in

23    writing at the time of production or disclosure, is inadvertent and shall be deemed to be null, void,

24    and of no legal consequence.  Defendant and its counsel are instructed to refrain from reading or

25    copying any inadvertently used document that contains such privileged or confidential

26    information if they have been advised of the privileged or confidential nature of the information

27    by Plaintiff or otherwise become aware of its privileged or confidential nature, and to return it

28    (and all copies made), immediately to Plaintiff's counsel.

PLAINTIFF'S PARTIAL RESP. TO DEFENDANT'S 1ST SET OF INTERROGATORIES   Case No.  CV 11-0043-RS

1

4.      Plaintiff objects to Stonebridge's definition of "YOU" on the grounds that it is overly broad and unduly burdensome to the extent that it purports to include persons and entities outside of Plaintiff Jessica Lee, including but not limited to "any person acting or purporting to act on her behalf, including but not limited to any and all present or former employees, agents, representatives, or attorneys." Plaintiff will interpret these terms and any other reference to "YOU," in these Interrogatories as referring to Plaintiff Jessica Lee and answer accordingly.

5.      Plaintiff further objects to each interrogatory, definition, and instruction to the extent they seek to impose obligations different than those imposed by the Federal Rules of Civil Procedure or the Local Rules of this Court.

6.      Plaintiff objects to each interrogatory, definition, and instruction to the extent they seek documents that are unreasonably cumulative or duplicative, that are publicly available, that are already in the possession, custody, or control of Defendant or its counsel, that are of no greater burden for Defendant to obtain than Plaintiff, or that are obtainable from some other source that is more convenient, less burdensome, or less expensive, that are otherwise more appropriately directed to another, and/or to the extent that compliance would be unduly burdensome, expensive, or oppressive. Unless otherwise indicated specifically below, Plaintiff will not produce such documents.

7.      Plaintiff objects to each interrogatory, definition, and instruction to the extent they are unreasonably vague, overly broad, unduly burdensome, cumulative, duplicative, seek information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence, seek information that is not in the custody, possession, or control of Plaintiff, or seek information that is obtainable from another source that is more convenient, less burdensome, and less expensive.

8.      In responding to these interrogatories, Plaintiff does not concede the relevance, materiality, or admissibility of any of the documents or information sought therein. Plaintiff's responses are made subject to and without waiving any objections as to relevance, materiality, or admissibility.

9.      Plaintiff objects to each interrogatory, definition, and instruction to the extent they

1  incorporate or call for a legal conclusion or incorrect conclusion of fact, or rely on a legal

2  conclusion or incorrect conclusion of fact.  Plaintiff's responses herein shall not be construed as

3  stating or implying any conclusions of law or incorrect conclusions of fact concerning the matters

4  referenced in any interrogatory.

5        10.    Plaintiff's investigation in this action continues, and the following answers to

6  Defendant's interrogatories reflect only the current status of Plaintiff's knowledge.  Plaintiff

7  reserves the right to supplement and/or amend her answers as additional information becomes

8  known to her, including information collected through discovery.

9        11.    The foregoing general objections and statements apply to each of the particular

10  interrogatories propounded by Defendant and are hereby incorporated within each specific answer

11  set forth below.

12                                      ***Non-Waiver***

13  Plaintiff's responses are made and documents are produced without waiving her right to

14  object (on the grounds of relevancy, hearsay, materiality, competency, or any other ground) to the

15  use of her responses or documents in any subsequent stage or proceeding in this action or any

16  other action.

17                            ***Interrogatory Responses***

18  **INTERROGATORY  NO. 2**

19  With respect to the text message identified in paragraph 22 of the AMENDED

20  COMPLAINT, provide the following information: (a) the full content of the text message; (b) the

21  date and time the text message was received; (c) the number that appeared in the "form" field;

22  and (d) whether YOU took any action to follow up on or accept any offer provided in the text

23  message or in response to the text message.

24  **RESPONSE:**  In addition to the general objections above, Plaintiff objects to this Interrogatory

25  on the grounds that the information sought is within Defendant's possession, custody or control.

26  Subject to and without waiving this objection, or any of the general objections above, Plaintiff

27  states as follows:

28        (a)    The full content of the text message received was:

Thanks 4 Visiting Our Website Please
Call 877-711-5429 To Claim Your $100
Walmart Gift Card Voucher!
Reply STOP 2 Unsub

(b)     The text message was received on November 30, 2010 at 10:48 a.m.

(c)     The text message came from phone number 650-283-0793.

(d)     I took no action to follow up on the receipt of the message other than to forward the message without any alteration to my counsel, Edelson McGuire, LLC for the purpose of seeking legal advice. I have confirmed that, other than the fact that the text message I received was not in all capital letters, the text message set forth in Paragraph 22 of the Amended Complaint is the exact text message that I forwarded to my counsel after receipt.

Investigation continues, and Plaintiff reserves the right to supplement her response to this request at an appropriate time.

**INTERROGATORY NO. 3**

IDENTIFY each PERSON YOU forwarded or sent the text message identified in paragraph 22 of the AMENDED COMPLAINT to.

**RESPONSE:** In addition to the general objections above, Plaintiff objects to this Interrogatory on the grounds that the information sought is protected by the attorney-client privilege. Subject to and without waiving this objection, or any of the general objections above, Plaintiff states that shortly after receipt of the text message identified in her Response to Interrogatory 2 above, Plaintiff forwarded the text message without any alteration to her counsel, Edelson McGuire, LLC, for the purpose of seeking legal advice. Investigation continues, and Plaintiff reserves the right to supplement her response to this request at an appropriate time.

Dated: August 29, 2012

                                 Respectfully Submitted,

                                 JESSICA LEE, individually and on behalf of a class
                                 of similarly situated individuals

                                 BY: /s/ Sean Reis

1          One of her attorneys

2

3    Sean Reis (SBN 184044)
     Edelson McGuire, LLP
4    30021 Tomas Street, Suite 300
     Rancho Santa Margarita, California 92688
5    Tel: 949.459.2124
     Fax: 949.459.2123
6    sreis@edelson.com

7    Ryan Andrews (*Pro Hac Vice*)
     randrews@edelson.com
8    John C. Ochoa (*Pro Hac Vice*)
     jochoa@edelson.com
9    Edelson McGuire, LLC
     350 North LaSalle, Suite 1300
10   Chicago, Illinois 60654
     Tel: 312.589.6370
11   Fax: 312.589.6378

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                     **VERIFICATION**

3          I, Jessica Lee, hereby certify that I have read the foregoing *Plaintiff's Partial Response to*

4   *Defendant Stonebridge Life Insurance Company's First Set of Interrogatories*, and that said

5   responses are true and correct to the best of my knowledge, information and belief.

6

7

8                                         _____
                                              Jessica Lee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7              **<u>CERTIFICATE OF SERVICE</u>**

8          I, Sean Reis, an attorney, certify that on August 29, 2012, I caused the above and

9   foregoing ***Plaintiff's Partial Response to Defendant Stonebridge Life Insurance Company's***

10  ***First Set of Interrogatories*** by causing true and accurate copies of such paper to be sent via

11  electronic mail and true and accurate copies of such paper to be placed in postage prepaid

12  envelopes addressed to the persons shown below, and by causing such envelopes to be deposited

13  in the United States Mailbox located at 350 North LaSalle Street, Chicago, Illinois, on this the

14  29th day of August, 2012 to:

15  Tiffany Chenug
    TCheung@mofo.com
16  Dan Edward Marmalefsky
    DMarmalefsky@mofo.com
17  MORRISON & FOERSTER LLP
    425 Market Street
18  San Francisco, California  94105-2482

19  *Attorneys for Stonebridge Life Insurance Company*

20  Stuart D. Kirchick
    sdkirchick@aol.com
21  Law Offices of Stuart D. Kirchick
    1143 Story Road
22  Suite 210
    San Jose, CA 95122
23
    *Attorney for Trifecta Marketing Group LLC*
24

25

26                                  /s/ Sean Reis

27

28

PLAINTIFF'S PARTIAL RESP. TO DEFENDANT'S 1ST SET OF INTERROGATORIES    Case No.  CV 11-0043-RS    7

# Exhibit 17

www.sunbiz.org - Department of State                    http://sunbiz.org/scripts/cordet.exe?action=DETFIL&inq_doc...

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

*sunbiz*

Previous on List     Next on List     Return To List

Events          No Name History

## Detail by Entity Name

### Florida Limited Liability Company

TRIFECTA MARKETING GROUP LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L10000018779 |
| **FEI/EIN Number** | 271976591 |
| **Date Filed** | 02/18/2010 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 02/18/2010 |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 01/04/2012 |
| **Event Effective Date** | NONE |

### Principal Address

334 E. LAKE RD.
165
PALM HARBOR FL 34685 US

Changed 01/04/2012

### Mailing Address

334 E. LAKE RD.
165
PALM HARBOR FL 34685 US

Changed 01/04/2012

### Registered Agent Name & Address

RUBENBAUER, ALOIS R
334 E. LAKE RD.
165
PALM HARBOR FL 34685 US

Name Changed: 01/04/2012

Address Changed: 01/04/2012

### Manager/Member Detail

**Name & Address**

www.sunbiz.org - Department of State                    http://sunbiz.org/scripts/cordet.exe?action=DETFIL&inq_doc...

Title MGRM

ARCH FUNDING GROUP, LLC
223 WALL STREET STE.177
HUNTINGTON NY 11743 US

Title MGRM

XCEL DIRECT INC.
26895 ALISO CREEK ROAD, # B524
ALISO VIEJO CA 92656 US

Title MGR

HERRINGTON, CURT
875 WEST JERICHO TURNPIKE
SMITHTOWN NY 11787 US

Title MGR

LYON, MARK
26895 ALISO CREEK ROAD, # B524
ALISO VIEJO CA 92656 US

**Annual Reports**

**Report Year Filed Date**
2011        01/04/2012
2012        01/04/2012

**Document Images**

01/04/2012 -- REINSTATEMENT         ( View image in PDF format )

02/18/2010 -- Florida Limited Liability    ( View image in PDF format )

| **Note:** This is not official record. See documents if question or conflict. |

Previous on List     Next on List     Return To List

Events            **No Name History**

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright © and Privacy Policies
State of Florida, Department of State

Entity Name Search

( Submit )