The Law Offices of Alexander E. Sklavos, PC
Attorneys for Trifecta Marketing Group, LLC
aes@sklavoslaw.com
Alexander E. Sklavos, Esq. (Appearing Pro Hac Vice)
375 North Broadway, Suite 208
Jericho, NY 11753

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------------X

| | |
|---|---|
| JESSICA LEE, individually and on behalf of a class of similarly situated individuals | Case No.: 3:11-cv-00043-RS |
| Plaintiff, | |
| - against - | **DEFENDANT OPPOSITION** |
| STONEBRIDGE LIFE INSURANCE COMPANY, | **TO PLAINTIFF'S MOTION** |
| a Vermont corporation and TRIFECTA MARKETING | **FOR CLASS CERTIFICATION** |
| GROUP LLC, A Florida limited liability company, | |
| Defendant. | |

---------------------------------------------------------------------X

Defendant Trifecta Marketing Group LLC ("Trifecta") hereby joins in Stonebridge Life Insurance Company's Opposition to Plaintiff's Motion for Class Certification ("Motion") (Dkt. No. 78).

This Joinder is based upon the pleadings, records and files in this action and upon such further oral and documentary evidence as may be presented at the time of hearing of the Motion.

26      Counsel for Trifecta reserves the right to participate in any oral argument on this Motion.

27      Dated: Jericho, New York, October 5, 2012

```
                                                    _____
                                                    Alexander E. Sklavos, ESQ
                                                    Pro Hac Vice
```

32      TO:     Ryan D. Andrews
33              Michael J. McMorrow
34              John C. Ochoa
35              EDELSON MCGUIRE LLC
36              350 N. LaSalle Street, Suite 1300
37              Chicago, IL 60654

39              Sean Reis
40              EDELSON MCGUIRE LLP
41              30021 Tomas Street, Suite 300
42              Rancho Santa Margarita, California 92688

<u>Proof of Service</u>

I, <u>Lisa Mandonado</u>, declare:

I am a citizen of the United State and employed in Jericho, NY. I am over the age of eighteen years and not a party to the within-entitle action. My business address is 375 N. Broadway, Suite 208, Jericho NY 11753. On October 5, 2012 , I caused to be served a copy of the within document(s):

DEFENDANT TRIFECTA MARKETING'S OPPOSITION TO MOTION TO CERTIFY CLASS

    ____ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below

    ____ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addresses as set forth below.

    ____ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

    _X_ by electronically delivering the document(s) listed above to the person(s) as the email address(es) set forth below

    Sean Reis
    EDELSON MCGUIRE LLP
    30021 Tomas Street, Suite 300
    Rancho Santa Margarita, California 92688
    Email: sreis@edelson.com

    Ryan D. Andrews
    Michael J. McMorrow
    John C. Ochoa
    EDELSON MCGUIRE LLC
    350 N. LaSalle Street, Suite 1300
    Chicago, IL 60654
    Email: jochoa@edelson.com
           mjmcmorrow@edelson.com
           randrews@edelson.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 5, 2012 at Jericho , New York.

_____

PROOF OF SERVICE                                                                    3:11-cv-00043-RS