1 DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2 MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3 Los Angeles, California  90017-3543
   Telephone: 213.892.5200
4 Facsimile: 213.892.5454

5 TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
6 MORRISON & FOERSTER LLP
   425 Market Street
7 San Francisco, California  94105-2482
   Telephone: 415.268.7000
8 Facsimile: 415.268.7522

9 Attorneys for Defendant
   STONEBRIDGE LIFE INSURANCE COMPANY
10

11                   UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15 JESSICA LEE, individually and on behalf of a class of similarly situated individuals, | Case No.   CV 11-0043-RS |
| 16 | **STIPULATION AND** |
| Plaintiff, | **[PROPOSED] ORDER STAYING** |
| 17 | **DISCOVERY AND** |
| v. | **IMPLEMENTATION OF NOTICE** |
| 18 | **PLAN FOR FOUR WEEKS** |
| 19 STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation, and TRIFECTA MARKETING GROUP LLC, a | Judge:    Hon. Richard Seeborg |
| 20 Florida limited liability company, | Action Filed:    Jan. 4, 2011 |
| | Trial Date:      June 23, 2014 |
| 21 Defendants. | |

22

23

24

25

26

27

28

1

2    Defendant Stonebridge Life Insurance Company ("Stonebridge"), Trifecta Marketing

3    Group LLC ("Trifecta" and collectively with Stonebridge, "Defendants") and Plaintiff Jessica

4    Lee (collectively with Defendants, the "parties"), by and through their respective counsel of

5    record, hereby enter into the following stipulation:

6        WHEREAS on March 7, 2013 the Court issued a Case Management Scheduling Order

7    ("Scheduling Order") stating that all non-expert discovery must be completed on or before June

8    21, 2013;

9        WHEREAS several sets of discovery requests propounded by plaintiff and Stonebridge

10   remain outstanding;

11       WHEREAS the parties have been engaged in pursuing other discovery, including

12   discovery against third parties;

13       WHEREAS, on May 22, 2013, the Court issued an Order regarding Plaintiff's proposed

14   plan to provide notice to the class of the pendency of this class action;

15       WHEREAS the parties have agreed to explore private mediation in an attempt to resolve

16   their dispute on mutually acceptable terms;

17       WHEREAS the parties desire to preserve the status quo vis-à-vis discovery and

18   implementation of the notice plan and prevent the parties and the Court from unnecessarily

19   expending additional resources pending mediation;

20       THEREFORE, subject to the approval of the Court, the parties agree and stipulate as

21   follows:

22       1.    All discovery in this action, including third-party discovery, taking of depositions,

23   and litigation of discovery disputes, shall be stayed for 28 days.

24       2.    Implementation of the Notice Plan shall also be stayed for 28 days.

25       3.    Any deadlines for responding to any outstanding discovery shall be extended

26   28 days.

27

28

STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY FOR FOUR WEEKS
CV 11-0043-RS
sf-3289556

1

4.      Certain deadlines set forth in the Court's March 7, 2013 Order shall be modified as follows:

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Completion of all non-expert discovery. | June 21, 2013 | July 19, 2013 |
| Initial expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2). | July 11, 2013 | August 8, 2013 |
| Designation of supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2) | August 9, 2013 | September 6, 2013 |
| Completion of all expert discovery pursuant to Federal Rule of Civil Procedure 26(b)(4). | August 30, 2013 | September 27, 2013 |
| Further Case Management Conference | September 19, 2013 | October 17, 2013 |

5.      All other deadlines set forth in the Court's March 7, 2013 Order, including the trial date, will remain unchanged.

6.      All rights and objections with regard to any discovery, including any objections based on the Scheduling Order or the June 21, 2013 discovery cut-off, are reserved and shall not be waived by virtue of this stipulation.  No party shall be deemed to have waived their right to submit any outstanding discovery disputes to the Magistrate Judge by virtue of this stipulated order.

7.      No party will unilaterally seek, over the objection of another party, to further extend any discovery deadlines.  This provision does not impact the parties' rights to request the Magistrate Judge to compel additional discovery after the discovery cut-off in connection with a timely-filed motion regarding discovery served prior to the discovery cut-off.

IT IS SO STIPULATED.

1

2    Dated: May 28, 2013              MORRISON & FOERSTER LLP

3

4                                     By:   /s/ Tiffany Cheung
                                            TIFFANY CHEUNG
5                                           Attorneys for Defendant
6                                           STONEBRIDGE LIFE INSURANCE
                                            COMPANY

7    Dated: May 28, 2013              LAW OFFICES OF ALEXANDER E.
8                                     SKLAVOS, PC

9

10                                    By:   /s/ Alexander Sklavos
                                            ALEXANDER SKLAVOS
11                                          Attorneys for Defendant
                                            TRIFECTA MARKETING GROUP
12                                          LLC

13   Dated: May 28, 2013              EDELSON LLC

14

15                                    By:   /s/ Ryan Andrews
                                            RYAN ANDREWS
16                                          Attorneys for Plaintiff
17                                          JESSICA LEE and the class

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF FILER**

I, Tiffany Cheung, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. *See* L.R. 5-1(i)(3).

Dated:  May 28, 2013                By:   /s/ Tiffany Cheung
                                              TIFFANY CHEUNG
                                              MORRISON & FOERSTER LLP

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ___ 5/28/13 _____        _____
                                              Hon. Richard Seeborg
                                              United States District Judge