1  DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California 90017-3543
   Telephone: 213.892.5200
4  Facsimile: 213.892.5454

5  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  Attorneys for Defendant
   STONEBRIDGE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA LEE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation, and TRIFECTA MARKETING GROUP LLC, a Florida limited liability company,<br><br>Defendants. | Case No. CV 11-0043-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINE**<br><br>Judge: Hon. Richard Seeborg<br><br>Action Filed: Jan. 4, 2011<br>Trial Date: June 23, 2014 |

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF EXPERT DISCOVERY DEADLINE
CV 11-0043-RS
sf-3335565

1

2       Defendant Stonebridge Life Insurance Company ("Stonebridge") and Plaintiff Jessica Lee

3   (collectively with Stonebridge, the "Parties," each a "Party"), by and through their respective

4   counsel of record, hereby enter into the following stipulation:

5       WHEREAS, on May 28, 2013, the Court entered an order setting the deadline for

6   completion of all expert discovery for September 27, 2013.  (ECF No. 112.)

7       WHEREAS, on August 8, 2013, the Parties exchanged Rule 26(a)(2) expert reports;

8       WHEREAS, on September 6, 2013, the Parties exchanged rebuttal expert reports;

9       WHEREAS, the Parties have propounded written discovery requests on experts, and the

10  experts have responded to such requests;

11      WHEREAS, as a result of scheduling conflicts, the Parties have been unable to schedule

12  expert depositions for mutually convenient times prior to the current September 27 deadline;

13      WHEREAS, the Parties have agreed to schedule the depositions of two experts on

14  October 3, 2013, and October 4, 2013;

15      WHEREAS, the Parties expect to reach agreement on the schedule for the remaining

16  expert depositions shortly;

17      WHEREAS, this case is not set for trial until June 23, 2014, and a short extension of the

18  deadline for completion of expert discovery should not impact other case deadlines;

19      THEREFORE, subject to the approval of the Court, the Parties agree and stipulate as

20  follows:

21      1.    The deadline for completion of expert discovery is extended from September 27,

22  2013 to October 25, 2013.

23

24

25

26

27

28

IT IS SO STIPULATED.

Dated: September 25, 2013.        MORRISON & FOERSTER LLP

                                  By:  /s/ Tiffany Cheung
                                       TIFFANY CHEUNG

                                  Attorneys for Defendant
                                  STONEBRIDGE LIFE INSURANCE
                                  COMPANY

Dated: September 25, 2013         EDELSON LLC

                                  By:  /s/ Ryan D. Andrews
                                       RYAN D. ANDREWS

                                  Attorneys for Plaintiff
                                  JESSICA LEE and the class

**ATTESTATION OF FILER**

I, Tiffany Cheung, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. *See* L.R. 5-1(i)(3).

Dated:   September 25, 2013       By:  /s/ Tiffany Cheung
                                       TIFFANY CHEUNG
                                       MORRISON & FOERSTER LLP

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  9/26/13                        _____
                                       Hon. Richard Seeborg
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF EXPERT DISCOVERY DEADLINE
CV 11-0043-RS
sf-3335565

2