1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

For the Northern District of California

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

JESSICA LEE, individually and on behalf of
a class of similarly situated individuals,

               Plaintiff,

   v.

STONEBRIDGE LIFE INSURANCE
COMPANY, a Vermont corporation, and
TRIFECTA MARKETING GROUP, LLC, a
Florida limited liability company,

               Defendants.

_____/

No. C 11-0043  RS

**CASE MANAGEMENT
SCHEDULING ORDER**

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

further Case Management Conference on October 17, 2013.  After considering the Joint Case

Management Statement submitted by the parties and consulting with the attorneys of record for

the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.     DISCOVERY.  On or before November 27, 2013, all remaining follow-up fact

discovery shall be completed by the parties.

      2.     SCHEDULING.  All other dates shall proceed on the schedule set by the March 7,

2013 Order

1     IT IS SO ORDERED.

2

3   DATED:    October 21, 2013

4   _____

5                                      RICHARD SEEBORG
                                       United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                      CASE MANAGEMENT SCHEDULING ORDER

28