1  Dan Marmalefsky (SBN 95477)
   DMarmalefsky@mofo.com
2  Tiffany Cheung (SBN 211497)
   TCheung@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street
4  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454
6  *Attorneys for Defendant Stonebridge Life Insurance Company*

7  Ryan D. Andrews (*Pro Hac Vice*)
   John C. Ochoa (*Pro Hac Vice*)
8  EDELSON LLC
   350 North LaSalle, Suite 1300
9  Chicago, Illinois 60654
10 Tel: 312.589.6370
   Fax: 312.589.6378
11 randrews@edelson.com
   jochoa@edelson.com
12 *Attorneys for Plaintiff Jessica Lee and the Class*

13 Alexander E. Sklavos
14 aes@sklavoslaw.com
   LAW OFFICES OF ALEXANDER E. SKLAVOS, PC
15 375 N. Broadway, Suite 208
   Jericho, NY 11753
16 Telephone: 516.248.4000
   Facsimile: 516.877.8010
17 *Attorney for Defendant Trifecta Marketing Group LLC*

18              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
19

20 | JESSICA LEE, individually and on behalf of a class of similarly situated individuals, | Case No. CV 11-0043-RS |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSE~~D ORDER TO STAY DEADLINES** |
| v. | |
| STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation, and TRIFECTA MARKETING GROUP, LLC, a Florida limited liability company, | Judge: Hon. Richard Seeborg<br>Magistrate: Hon. Jacqueline Scott Corley |
| Defendants. | |

Plaintiff Jessica Lee, Defendant Stonebridge Life Insurance Company ("Stonebridge"), and Defendant Trifecta Marketing Group, LLC ("Trifecta") (collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate to vacate the pending hearing dates and to stay this litigation, including all briefing and discovery obligations for a period of sixty (60) days from the date this stipulation is approved to allow the Parties to prepare a new Class Action Settlement Agreement that will, should it be approved by the Court, resolve all pending claims of Plaintiff and the Class in this litigation.  In support, the Parties state as follows:

WHEREAS, Plaintiff and Trifecta reached partial a class action settlement agreement and Plaintiff's Motion for Preliminary Approval is scheduled for hearing on December 12, 2013 (dkt. 143);

WHEREAS, on November 7, 2013, the Plaintiff and Stonebridge participated in a mediation in San Francisco with the Honorable Rebecca Westerfield (ret.) of JAMS.  Thereafter, Plaintiff and Stonebridge reached a class action settlement in principle;

WHEREAS, there are several outstanding deadlines and hearings scheduled in this Action, including a November 27, 2013 deadline to complete follow-up fact discovery (dkt. 141), a November 22, 2013 deadline for Plaintiff to respond to Stonebridge's Motion to Decertify the Class (dkt. 144), outstanding discovery obligations for both Defendants and Plaintiff, and hearings on Plaintiff's Motion for Preliminary Approval of Partial Class Action Settlement and Stonebridge's Motion to Decertify the Class set for December 12, 2013, and December 19, 2013, respectively;

WHEREAS, Plaintiff will be withdrawing her Motion for Preliminary Approval of Partial Class Action Settlement with Trifecta, and intends to file a revised Class Action Settlement Agreement that will resolve all the claims of Plaintiff and the Class against both Stonebridge and Trifecta within sixty (60) days;

WHEREAS, the Parties believe that a stay is warranted to conserve the resources of both the Parties and the Court, and to allow the Parties to complete and execute a class action settlement agreement and submit it to the Court for Preliminary Approval;

-2-

1  IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that,
2 with the Court's agreement, this Action be stayed for a period of sixty (60) days, that all outstanding
3 discovery deadlines and responsive motion deadlines be stayed for 60 days, and that the December
4 12, 2013 and December 19, 2013 hearing dates be vacated.  The Parties agree to submit a joint
5 status report on the day that this stay is scheduled to expire to inform the Court of the status of the
6 settlement, unless Plaintiff has moved for preliminary approval of a class action settlement
7 agreement on or before such time.

9  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  November 15, 2013

EDELSON LLC

By      Ryan D. Andrews
         RYAN D. ANDREWS
         Attorney for
         Plaintiff JESSICA LEE AND THE CLASS

Dated:  November 15, 2013

MORRISON & FOERSTER, LLP

By      Tiffany Cheung
         TIFFANY CHEUNG
         Attorney for
         Defendant STONEBRIDGE LIFE INSURANCE
         COMPANY

Dated:  November 15, 2013

LAW OFFICES OF ALEXANDER SKLAVOS

By      Alexander E. Sklavos
         ALEXANDER E. SKLAVOS
         Attorney for
         Defendant TRIFECTA MARKETING GROUP, LLC

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED: November 15, 2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION                                              CV-11-00043-RS