1  DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California  90017-3543
   Telephone: 213.892.5200
4  Facsimile: 213.892.5454

5  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California  94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  Attorneys for Defendant
   STONEBRIDGE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA LEE, individually and on behalf of a class of similarly situated individuals, | Case No.   CV 11-0043-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY DEADLINES** |
| v. | Judge:   Hon. Richard Seeborg |
| STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation, and TRIFECTA MARKETING GROUP LLC, a Florida limited liability company, | Action Filed:   Jan. 4, 2011 |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY DEADLINES
CV 11-0043-RS
sf-3372358

1  Plaintiff Jessica Lee, Defendant Stonebridge Life Insurance Company ("Stonebridge"),
2  and Defendant Trifecta Marketing Group, LLC ("Trifecta") (collectively the "Parties"), by and
3  through their respective counsel of record, hereby enter into the following stipulation:
4  WHEREAS, the Parties have reached a class action settlement in principle that would
5  resolve all of the claims of Plaintiff and the Class against both Stonebridge and Trifecta;
6  WHEREAS, on November 15, 2013, the Court approved a stipulation between the Parties
7  that stayed all activity in this Action, including all hearings and discovery and motion deadlines,
8  for a period of sixty days to allow the Parties to work on a class action settlement agreement and
9  submit it to the Court for preliminary approval (Docket No. 149);
10 WHEREAS, the Parties agreed to submit a joint status report to the Court upon the
11 expiration of the sixty-day stay to inform the Court of the status of the settlement;
12 WHEREAS, the Parties have been diligently preparing and exchanging drafts of the class
13 action settlement agreement and related documents, but seek an additional three weeks, through
14 February 4, 2014, to work on finalizing the agreement;
15 WHEREAS, the Parties believe a further stay of all case deadlines is warranted to avoid
16 unnecessary litigation expenses and to conserve the resources of both the Parties and the Court;
17 THEREFORE, subject to the approval of the Court, the Parties agree and stipulate that
18 this Action, including all hearings and discovery and motion deadlines, shall remain stayed
19 through February 4, 2014.  The Parties agree to submit a joint status report on the day that this
20 stay is scheduled to expire to inform the Court of the status of the settlement, unless Plaintiff has
21 moved for preliminary approval of the class action settlement agreement on or before such time.

**IT IS SO STIPULATED.**

Dated: January 14, 2014           MORRISON & FOERSTER LLP

By: /s/ Tiffany Cheung
    TIFFANY CHEUNG

Attorneys for Defendant
STONEBRIDGE LIFE INSURANCE COMPANY

Dated: January 14, 2014           EDELSON LLC

By: /s/ Ryan D. Andrews
    RYAN D. ANDREWS

Attorneys for Plaintiff
JESSICA LEE and the class

Dated: January 14, 2014           LAW OFFFICES OF ALEXANDER SKLAVOS

By: /s/ Alexander E. Sklavos
    ALEXANDER E. SKLAVOS

Attorney for Defendant
TRIFECTA MARKETING GROUP, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 1/15/14

Hon. Richard Seeborg
United States District Judge