1   DAN MARMALEFSKY (CA SBN 95477)
    dmarmalefsky@mofo.com
2   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
3   Los Angeles, California  90017-3543
    Telephone: 213.892.5200
4   Facsimile: 213.892.5454

5   TIFFANY CHEUNG (CA SBN 211497)
    TCheung@mofo.com
6   MORRISON & FOERSTER LLP
    425 Market Street
7   San Francisco, California  94105-2482
    Telephone: 415.268.7000
8   Facsimile: 415.268.7522

9   Attorneys for Defendant
    STONEBRIDGE LIFE INSURANCE COMPANY
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15  JESSICA LEE, individually and on behalf of a        Case No.   CV 11-0043-RS
    class of similarly situated individuals,
16                                                       **STIPULATION AND
                          Plaintiff,                     [~~PROPOSED~~] ORDER TO
17                                                       FURTHER STAY DEADLINES**
            v.
18                                                       Judge:    Hon. Richard Seeborg
    STONEBRIDGE LIFE INSURANCE
19  COMPANY, a Vermont corporation, and                 Action Filed:     Jan. 4, 2011
    TRIFECTA MARKETING GROUP LLC, a
20  Florida limited liability company,

21                        Defendants.

22

23

24

25

26

27

28

1    Plaintiff Jessica Lee, Defendant Stonebridge Life Insurance Company ("Stonebridge"),

2  and Defendant Trifecta Marketing Group, LLC ("Trifecta") (collectively the "Parties"), by and

3  through their respective counsel of record, hereby enter into the following stipulation:

4    WHEREAS, the Parties have reached a class action settlement in principle that would

5  resolve all of the claims of Plaintiff and the Class against both Stonebridge and Trifecta;

6    WHEREAS, the Court has approved stipulations between the Parties that stayed all

7  activity in this Action, including all hearings and discovery and motion deadlines, for a total

8  period of approximately 11 weeks to allow the Parties to work on a class action settlement

9  agreement and submit it to the Court for preliminary approval (Docket No. 149);

10    WHEREAS, the Parties agreed to submit a joint status report to the Court upon the

11  expiration of current stay to inform the Court of the status of the settlement;

12    WHEREAS, the Parties have been diligently preparing and exchanging drafts of the class

13  action settlement agreement and related documents, but seek a brief 9-day extension of the

14  current stay, through February 13, 2014, to work on finalizing the agreement;

15    WHEREAS, the Parties believe a further stay of all case deadlines is warranted to avoid

16  unnecessary litigation expenses and to conserve the resources of both the Parties and the Court;

17    THEREFORE, subject to the approval of the Court, the Parties agree and stipulate that

18  this Action, including all hearings and discovery and motion deadlines, shall remain stayed

19  through February 13, 2014.  The Parties agree to submit a joint status report on the day that this

20  stay is scheduled to expire to inform the Court of the status of the settlement, unless Plaintiff has

21  moved for preliminary approval of the class action settlement agreement on or before such time.

22

23

24

25

26

27

28

**IT IS SO STIPULATED.**

Dated: February 4, 2014      MORRISON & FOERSTER LLP

By:    /s/ Tiffany Cheung
       TIFFANY CHEUNG

Attorneys for Defendant
STONEBRIDGE LIFE INSURANCE
COMPANY

Dated: February 4, 2014      EDELSON P.C.

By:    /s/ Ryan D. Andrews
       RYAN D. ANDREWS

Attorneys for Plaintiff
JESSICA LEE and the class

Dated: February 4, 2014      LAW OFFFICES OF ALEXANDER
SKLAVOS

By:    /s/ Alexander E. Sklavos
       ALEXANDER E. SKLAVOS

Attorney for Defendant
TRIFECTA MARKETING GROUP,
LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __2/5/14__            _____
                            Hon. Richard Seeborg
                            United States District Judge