1 | DAN MARMALEFSKY (CA SBN 95477)
dmarmalefsky@mofo.com
2 | MORRISON & FOERSTER LLP
707 Wilshire Boulevard
3 | Los Angeles, California  90017-3543
Telephone: 213.892.5200
4 | Facsimile: 213.892.5454

5 | TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
6 | MORRISON & FOERSTER LLP
425 Market Street
7 | San Francisco, California  94105-2482
Telephone: 415.268.7000
8 | Facsimile: 415.268.7522

9 | Attorneys for Defendant
STONEBRIDGE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA LEE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont corporation, and TRIFECTA MARKETING GROUP LLC, a Florida limited liability company,<br><br>Defendants. | Case No.   CV 11-0043-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FINAL STAY OF DEADLINES**<br><br>Judge:   Hon. Richard Seeborg<br><br>Action Filed:   Jan. 4, 2011 |

Plaintiff Jessica Lee, Defendant Stonebridge Life Insurance Company ("Stonebridge"), and Defendant Trifecta Marketing Group, LLC ("Trifecta") (collectively the "Parties"), by and through their respective counsel of record, hereby enter into the following stipulation:

WHEREAS, the Parties have reached a class action settlement in principle that would resolve all of the claims of Plaintiff and the Class against both Stonebridge and Trifecta;

WHEREAS, the Court has approved stipulations between the Parties that stayed all activity in this Action, including all hearings and discovery and motion deadlines, for a total period of approximately 11 weeks to allow the Parties to work on a class action settlement agreement and submit it to the Court for preliminary approval (Docket No. 149);

WHEREAS, on February 4, 2014, the Parties subsequently sought a further brief 9-day extension, through February 13, to finalize the agreement, which was granted by the Court (Docket Nos. 154 & 155);

WHEREAS, the Parties have finalized their Settlement Agreement and Exhibits. However, while some signatures have been received, due to severe weather on the East Coast preventing necessary signatories from traveling to work, there has been a delay in obtaining all required signatures;

WHEREAS, the Parties request one final stay of seven (7) days, until February 20, 2014. The Parties believe a further stay of all case deadlines is warranted to avoid unnecessary litigation expenses and to conserve the resources of both the Parties and the Court;

THEREFORE, subject to the approval of the Court, the Parties agree and stipulate that this Action, including all hearings and discovery and motion deadlines, shall remain stayed through February 20, 2014, by which time Plaintiff shall move for preliminary approval of the class action settlement agreement.

**IT IS SO STIPULATED.**

Dated: February 13, 2014         MORRISON & FOERSTER LLP

By: /s/ Tiffany Cheung
TIFFANY CHEUNG

Attorneys for Defendant
STONEBRIDGE LIFE INSURANCE COMPANY

Dated: February 13, 2014         EDELSON LLC

By: /s/ Ryan D. Andrews
RYAN D. ANDREWS

Attorneys for Plaintiff
JESSICA LEE and the class

Dated: February 13, 2014         LAW OFFFICES OF ALEXANDER SKLAVOS

By: /s/ Alexander E. Sklavos
ALEXANDER E. SKLAVOS

Attorney for Defendant
TRIFECTA MARKETING GROUP, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: February 14, 2014

Hon. Richard Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY DEADLINES
CV 11-0043-RS
sf-3380165

2